9/24/22, 4:22 PM                    Yahoo - FW: Southwest Airlines Confirmation-REDDERSE HENA N-Confirmation: IVKOYK

## FW: Southwest Airlines Confirmation-REDDERSEN/ATHENA N-Confirmation: IVKOYK

From: Reddersen, Juan Carlos (juancarlos.reddersen@boeing.com)

To:     anreddersen@yahoo.com

Date:  Thursday, March 8, 2012 at 06:55 AM PST

This is your confirmation for the 27th, call grandma and tell her what time you are arriving.

I am thinking we can box stuff and send it through UPS.

Best Regards,

*Juan Carlos Reddersen*
Juan Carlos Reddersen
Liaison Engineer, MRB
Flightline, Delivery Center
Boeing South Carolina
M: 843-743-1391
W: 843-641-2082

**From:** Mayith Dayana Reddersen [mailto:mayithmd@hotmail.com]
**Sent:** Thursday, March 08, 2012 9:27 AM
**To:** Juan Carlos Reddersen; Reddersen, Juan Carlos
**Subject:** FW: Southwest Airlines Confirmation-REDDERSEN/ATHENA N-Confirmation: IVKOYK

**Mayith Reddersen**

Date: Thu, 8 Mar 2012 06:25:16 -0800
From: SouthwestAirlines@luv.southwest.com
Subject: Southwest Airlines Confirmation-REDDERSEN/ATHENA N-Confirmation: IVKOYK
To: MAYITHMD@HOTMAIL.COM

You're all set for your trip!

My Account | View My Itinerary Online



Check In Online      Check Flight Status      Change Flight      Special Offers      Hotel Deals      Car Deals

## Ready for takeoff!

Thanks for choosing Southwest for your trip! You'll find everything you need to know
about your reservation below. Happy travels!

**Upcoming Trip:** 03/27/12 - Athena- Las Vegas

AIR Itinerary

about:blank                                                                A. REDDERSEN 000083          1/3

9/24/22, 4:22 PM                    Yaho(      ) - FW: Southwest Airlines Confirmation-REDDERSE      HENA N-Confirmation: IVKOYK

## AIR Confirmation: IVKOYK

Confirmation Date: 03/8/2012

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| REDDERSEN/ATHENAN | - None Entered - | 5262426643078 | Mar 7, 2013 | 654 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Mar 27 | 542 | Depart **CHARLESTON SC** (CHS) at **3:05 PM** |
| | | Arrive in NASHVILLE TN (BNA) at 3:35 PM |
| | 180 | Change planes in NASHVILLE TN (BNA) at 5:55 PM |
| | | Arrive in **LAS VEGAS NV** (LAS) at **8:15 PM** |
| | | Travel Time 8 hrs 10 mins |

**Air Cost:** 129.10

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free. size and weight limits apply.

Fare Rule(s): 5262426643078: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO YL.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

**Rent Some Wheels**

Explore your destination on the perfect set of wheels.

Rent a Car

Go to Boarding School

Get EarlyBird
Check -In™ Details

## Cost and Payment Summary

AIR - IVKOYK

| Base Fare | $ 101.40 | **Payment Information** |
|---|---|---|
| Excise Taxes | $ 7.60 | |
| Segment Fee | $ 7.60 | Payment Type: Ticket Exchange |
| Passenger Facility Charge | $ 7.50 | Date: Mar 8, 2012 |
| September 11th Security Fee | $ 5.00 | Payment Amount: $129.10 |
| **Total Air Cost** | **$ 129.10** | |

**Exchange Detail**

Mar 7, 2012 From ticket # 5262426618345 to ticket # 5262426643078

A. REDDERSEN 000084

Exhibit Q

## flagged & removed: 3153973178 (creative gigs) Athena Reddersen Seeks Anonnymous Tip

From:  craigslist - automated message, do not reply (robot@craigslist.org)

To:         @yahoo.com

Date:  Tuesday, July 24, 2012 at 05:13 PM PDT

This posting has been flagged for removal.

Please be sure to comply with posted guidelines and the CL TOU:

http://www.craigslist.org/about/terms.of.use

Information on flagging and community moderation is available:

http://www.craigslist.org/about/help/flags_and_community_moderation

Advice from CL users about flagging can be found in flag help forum: https://forums.craigslist.org/?forumID=3.

Sorry for the inconvenience, and thanks for your understanding.

------------------------------------------------------------------------------

Date:2012-07-21 10:27:32
PostID:3153973178
Title:(creative gigs) Athena Reddersen Seeks Anonnymous Tip

Fellow Citizens,

I need your help. I understand this can be a difficult thing to do- but just know you'd be doing the right thing.


Sadly, I cannot rely on any of my so-called "friends" which is why I have turned to You.

I think we all know what I am referring to here, but if you "don't" then ...


All I am asking is for somebody to give me the link to "my" website that my father, Juan Carlos Reddersen, had the courtesy of making for me- without my consent.

This is a disgrace to all humanity.


Feel free to send me a text, a phone call, or an email. Perhaps a letter?


my cell phone # is 626-    -5505


email address:        @yahoo.com [or]          @gmail.com


address:



South Pasadena, CA 91030

A. REDDERSEN 000085

Yahoo M       lagged & removed: 3153973178 (creative gigs) Athe       eddersen Seeks Anonnymous Tip

- Location: EVERYWHERE

- it's NOT ok to contact this poster with services or other commercial interests

- Compensation: Friendship... or Not

# Exhibit R

**Subject:** Re: Information you requested

**From:** Athena Reddersen (anreddersen@yahoo.com)

**To:** KAAllee@co.riverside.ca.us;

**Date:** Friday, September 26, 2014 6:46 AM

Kimberly.
Good morning. I called you and left voicemail this past Monday. Checking on to see if you've received all my documents sent over. I still need to send you the photos and letters of recommendation.

Also, I woke up this morning realizing you should probably tell your investigator to check the police dash cam as I was being arrested. That will hopefully reveal all that needs to be said. I was being abused on the drivers side of the cop car.

Anyway, thank you for your time and hopefully you take that suggestion seriously, as I am not guilty of 90% of these allegations.

Sincerely,
Athena Reddersen

Sent from Yahoo Mail on Android

From:"Allee, Kimberly" <KAAllee@co.riverside.ca.us>
Date:Fri, Sep 5, 2014 at 11:33 AM
Subject:Information you requested

Hi Athena,

Please find attached a copy of the Information that you requested.  As we discussed, among these charges there are three 245(a)(1) offenses, which are strike offenses.  The maximum exposure is 7 years and 4 months in prison and is calculated as follows:

| Case # | Count | Enh | f/m | Triad | Exp./CS |
|---|---|---|---|---|---|
| F1400988<br><br>C1 | 245(a)(1)<br><br>Jane Doe | Pepper spray is deadly weapon<br>P.v. Blake 117<br>Cal.App.4th 543 | F | 2,3,4 | 4Y |
| F1400988<br><br>C2 | 245(a)(1)<br><br>John Doe | | F | 2,3,4 | 1Y |
| F1400988<br><br>C3 | 69 | | F | 16,2,3 | 8M |
| F1400988 | 22810(a) | | F | 16,2,3 | 8M |

| C4 | | | | | |
|----|----|----|----|----|----|
| F1400988 | 245(a)(1) | | F | 2,3,4 | 1Y |
| C5 | Gutierrez | | | | |
| Total | | | | | 7y4M |

Even if you were to be convicted of everything after trial I do not expect that a Judge would sentence you to the maximum. Based upon your prior record I would estimate that many Judges would find unusual circumstances and grant you probation. If a prison sentence were imposed, I would expect it to be in the range of 2-4 years.

As you know, one of my concerns of going to trial is the allegation of multiple strikes. The current DA offer to for you to plea to Count one a PC 245(a)(1) *assault with a deadly weapon* a strike and Count three PC 69 *resisting a police officer* for 180 days and 3 years of formal probation. The DA has indicated a willingness to work with us on the days but not the charges. As I advised you, the consequence of having one strike offense is that any sentence on a future felony conviction will be doubled and must be served in prison and you must serve 80% of the sentence. The consequence of having two or more prior strikes if that any sentence on a future serious or violent offense is a minimum sentence of 25 years to life per felony conviction. As a result, avoiding multiple strike consequences is a primary concern and I would certainly avoid going to trial unless your defense is clearly established and your odds increase significantly. It is ordinarily my preference to avoid a plea to any strike if that can be achieved, but it may not be avoidable in your case unless we can develop your defense through the witnesses that we discussed. I won't go over the other consequences that we discussed here, but you need to satisfy yourself about the problems with your student loan and financial assistance before making any decisions.

Please email me the photographs and the witnesses names and contact information as soon as you can. Please include what you think they will say so I can give my investigator some direction before they contact the witnesses. Please also email me your school records, proof of employment, certificates of completion of programs, and anything else that will help me show the DA that you are good person and citizen. I have already planted the seed with her that this type of thing doesn't happen out of the blue for no reason and drugs and alcohol don't explain it. I am hoping this will move the DA into a better negotiated disposition. If not, we can still work on getting less time from her.

Have a good weekend.

**KIMBERLY A. ALLEE**

**DEPUTY PUBLIC DEFENDER**

| Arrest | X | | **INDIO POLICE DEPARTMENT** | | CASE # | |
|---|---|---|---|---|---|---|
| Crime | | | 46800 Jackson Street | | 1404I-1678 | |
| Non-Criminal | | | Indio, CA 92201 | | PAGE | |
| | | | **Supplemental Report** | | 1 OF 3 | |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd. | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED | | | |
|---|---|---|---|---|
| 04/11/14 09:46 Friday | 04/11/14 09:46 | | | |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 81500 Ave 51, Indio | Concert | | 4 | E26 |

| CASE SUMMARY |
|---|
| Supplemental report. |

**SUSPECT(S)/ARRESTEE(S)**

| CODE A 1 OF 1 | NAME - LAST, FIRST, MIDDLE, SUFFIX Redderson, Athena Nichole | | | | ADDRESS 1 | | PHONE 1 |
|---|---|---|---|---|---|---|---|
| RACE SEX HT | WT HAIR EYE AGE | DOB | | | ADDRESS 2 | | PHONE 2 |
| OCCUPATION | | INJURIES | | | ADDRESS 3 | | PHONE 3 |
| SCARS / MARKS / TATTOOS YES NO | AKA'S | | | | ARRESTEE DISPOSITION Felony | RELEASE LOCATION RSO Jail | ARREST DATE / TIME 04/11/2014 / 10:35 |
| DL | STATE | ARRESTED YES X NO | BOOKING # | | WARRANT YES NO X | CITATION # SSN | CII |

| CHARGES |
|---|
| 69 PC (1); 12403.7(A) PC (1) |

**NARRATIVE**

PURPOSE:

This supplemental report is to provide a statement taken from Victim, Antonio Gutierrez.

ASSIGNMENT:

On 04/11/2013, approximately 0946 hours, Sergeant Hapner requested Indio police officers respond to the intersection of Main Street and North 106 Street in Lot 8 of the Coachella Valley Music Festival. It was believed a female was assaulting other patrons with pepper spray.

I responded to the area with Officer Longoria and Officer Martinez. We all were wearing full police uniform.

DETAILS:

Officer Martinez identified a victim at Main Street and North 106 Street. The victim, later identified as Brittany Obrien, claimed her friend, "Athena" had just pepper sprayed her without cause/reason. Obrien desired prosecution against Athena. She claimed Athena was

**ADMINISTRATION**

| FOLLOW-UP YES NO X | COPIES TO: PAT. DET. DA COURT PROBATION VWAP OTHER | | |
|---|---|---|---|
| BY OFFICER B. Haworth 420 | DATE/TIME 04/13/2014 08:15 | APPROVED BY Jason Hapner 128 | DATE APPROVED 04/14/14 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Closed |

Supp-1-Hawor/420  Entered by: Brandon Haworth        APDC (Rev. 03/5/10)  Print Date: 04/14/2014

A. REDDERSEN 000089

| Arrest | X | **INDIO POLICE DEPARTMENT** | CASE # | |
|---|---|---|---|---|
| Crime | | 46800 Jackson Street | 1404I-1678 | |
| Non-Criminal | | Indio, CA 92201 | PAGE | |
| | | **Supplemental Report** | 2  OF  3 | |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd. | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED | | | |
|---|---|---|---|---|
| 04/11/14  09:46 Friday | 04/11/14  09:46 | | | |
| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
| 81500 Ave 51, Indio | Concert | | 4 | E26 |

| CASE SUMMARY |
|---|
| Supplemental report. |

**NARRATIVE**

currently being detained by security in North 106 Street. (Refer to Officer Martinez' initial report for details.)

Officer Martinez, Officer Longoria and I responded to the area. Officer Martinez located and detained Athena Redderson for assault. While doing so, a male adult ran past towards us and pointed at Redderson. The male then shouted, "Your done bitch!" I saw the male's eyes were red and puffy.

INTERVIEW WITH ANTONIO GUTIERREZ:

I stopped the male to determine if he was a victim during this assault. The male, later identified as Antonio Gutierrez, said the following:

Approximately 0915 hours, Gutierrez and his girlfriend, Brittany Obrien, were standing to the front of his van, parked in North 106 Street. As Gutierrez and Obrien were attending to property located to the front of the vehicle, "Athena" approached them from north. Athena then pointed a can at them and began to squirt them with an unknown liquid. Gutierrez immediately felt a burning sensation to his face and nose. He immediately suspected Athena had sprayed him with pepper spray.

Gutierrez checked Obrien. She confirmed Athena had also pepper sprayed Obrien in the face. Per Gutierrez, neither he nor Obrien did anything to provoke Athena in assaulting them with pepper spray.

Gutierrez immediately called for medical assistance for him and Obrien.

Gutierrez, who only knows "Athena" as one of Obrien's friend, desired no prosecution for the assault.

MEDICAL TREATMENT:

| **ADMINISTRATION** | | | | | | |
|---|---|---|---|---|---|---|
| FOLLOW-UP | COPIES TO: | | | | | |
| YES ☐  NO ☒ | ☐ PAT.  ☐ DET.  ☐ DA  ☐ COURT  ☐ PROBATION  ☐ VWAP  ☐ OTHER | | | | | |
| BY OFFICER | DATE/TIME | APPROVED BY | | | DATE APPROVED | |
| B. Haworth  420 | 04/13/2014  08:15 | Jason Hapner  128 | | | 04/14/14 | |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | | | CASE STATUS | |
| | | | | | Closed | |

Supp-1-Hawor/420  Entered by: Brandon Haworth                          APDC  (Rev. 03/5/10)  Print Date: 04/14/2014

| Arrest | X |
| Crime | . |
| Non-Criminal | |

# INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201
## Supplemental Report

CASE #
14041-1678

PAGE
3 OF 3

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd. | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 04/11/14  09:46 Friday | 04/11/14  09:46 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 81500 Ave 51, Indio | Concert | | 4 | E26 |

| CASE SUMMARY |
|---|
| Supplemental report. |

**NARRATIVE**

Gutierrez was offered medical treatment during this interview, but refused.

RECOMMENDATION:

Attach this report to Officer Martinez' initial report.

## ADMINISTRATION

| FOLLOW-UP | COPIES TO: | | | | | | |
|---|---|---|---|---|---|---|---|
| YES ☐ NO ☒ | ☐ PAT. | ☐ DET. | ☐ DA | ☐ COURT | ☐ PROBATION | ☐ VWAP | ☐ OTHER |

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| B. Haworth 420 | 04/13/2014 08:15 | Jason Hapner 128 | 04/14/14 |

| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
|---|---|---|---|
| | | | Closed |

Supp-1-Hawor/420  Entered by: Brandon Haworth

APDC  (Rev. 03/5/10)   Print Date: 04/14/2014

A. REDDERSEN 000091

| Arrest | x |
|---|---|
| Crime | |
| Non-Criminal | |

# INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201

## Additional Crimes, Persons and Vehicles

CASE #
14041-1678

PAGE 1 OF 1

OFFENSE(S)
12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd.

OFFENSE(S) cont'd.

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 04/11/14 09:46 Friday | 04/11/14 09:45 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 81500 Ave 51, Indio | Concert | | 4 | E26 |

ADDITIONAL OFFENSE(S)                    ADDITIONAL OFFENSE(S) cont'd.

## PERSONS
Codes: V= Victim · W= Witness · C= Complainant · P = Parent · G = Guardian · R = Party · O = Other

MORE NAMES

| CODE | | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | Home | Cellular |
|---|---|---|---|---|---|---|---|
| V | 1 OF 1 | O'Brien, Brittney | | | | 15050 College Av , Pomona, CA 91767 | (909) 260-9349 |

| OCCUPATION | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|
| | | | | | | |

| DL | STATE | SSN | | INJURIES | ADDRESS 3 | PHONE 3 |
|---|---|---|---|---|---|---|
| D8565226 | | | | | | |

## ADMINISTRATION

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| J. Lopez 418 | 04/12/14 15:02 | Jason Hapner 128 | 04/14/14 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
| | | | Closed |

APDC (Rev. 09/11/07)  Print Date: 04/14/2014

A. REDDERSEN 000092

| Arrest | X |
|--------|---|
| Crime | |
| Non-Criminal | |

## *INDIO POLICE DEPARTMENT*
46800 Jackson Street
Indio, CA 92201

### Supplemental Report

| | |
|---|---|
| CASE # | 1404I-1678 |
| PAGE | 2 OF 2 |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd. | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 04/11/14  09:46 Friday | 04/11/14  09:46 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 81500 Ave 51, Indio | Concert | | 4 | E26 |

| CASE SUMMARY |
|---|
| Supplemental report |

**NARRATIVE**

I asked O'Brien if A/1 had been drinking alcohol. According to O'Brien, A/1 drank a small amount and nothing excessive. I asked O'Brien if A/1 was consuming any drugs and she said no, as far as she knew. However, O'Brien said A/1 was acting strange since last night. O'Brien said A/1 took a knife out yesterday and made her friends feel uncomfortable and they ended up leaving their camping site. O'Brien did not go into details. Note: These friends were camping several spaces away from O'Brien, however, in the same general area.

O'Brien desires prosecution against A/1 for the assault and she will testify against her at court.

RECOMMENDATION:
Forward this report to the Riverside County District Attorney's for review and prosecution.

CASE STATUS:
Closed by Arrest

### *ADMINISTRATION*

| FOLLOW-UP YES ☐ NO ☒ | COPIES TO: ☐ PAT. ☐ DET. ☐ DA ☐ COURT ☐ PROBATION ☐ VWAP ☐ OTHER | |
|---|---|---|
| BY OFFICER J. Lopez 418 | DATE/TIME 04/12/2014 15:02 | APPROVED BY Jason Hapner 128 | DATE APPROVED 04/14/14 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Closed |

Supp-1-Lopez/418  Entered by: Jose Lopez

APDC (Rev. 03/5/10)   Print Date: 04/14/2014

A. REDDERSEN 000093

| Arrest | X |
|---|---|
| Crime | |
| Non-Criminal | |

## INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201

### Supplemental Report

**CASE #**
14041-1678

**PAGE**
1 OF 2

**OFFENSE(S)**
12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd.

**OFFENSE(S) cont'd.**

**DATE, TIME AND DAY OF OCCURENCE**
04/11/14  09:46 Friday

**DATE AND TIME REPORTED**
04/11/14  09:46

**LOCATION OF OCCURENCE**
81500 Ave 51, Indio

**LOCATION NAME**
Concert

**TYPE OF LOCATION**

**BEAT**
4

**SECTOR**
E26

**CASE SUMMARY**
Supplemental report

**NARRATIVE**

PURPOSE:
The purpose of this supplemental report is to provide additional information to Officer Martinez' initial report.

On 04/11/14, I was working with the Indio Police Department and I was wearing a full Indio Police uniform, assigned to work lot 8 (camping grounds) at the Coachella Music and Art festival.

DETAILS:
I was at the lot 8 command post, when a paramedic informed me there was a female subject who was sprayed in the face. I spoke with the female and she identified herself a Brittney O'Brien.  During our conversation, I was able to confirm this was the same incident Officer Martinez' had investigated. Note: I notified Officer Martinez and he asked me to speak with the victim.

According to O'Brien, she did not talk to an officer at the scene because she was trying to rinse off the substance from her face. While talking to O'Brien, I noticed her hair was wet and her right eye was watery/and red. I asked O'Brien about the incident and the following is a synopsis of what she told me:

STATEMENT:
This morning, O'Brien was getting something from the cooler, in the van, when "Athena Redderson" (A/1) approached her and sprayed her in the face with an unknown substance for no apparent reason. O'Brien said her eyes were burning/and hurting her. A/1 ran away, afterwards, without saying a word.

O'Brien said she did not see what A/1 sprayed her with. O'Brien said she has known A/1 since high school (10 years) and there were no problems between them, prior to the incident.

### ADMINISTRATION

**FOLLOW-UP**
YES ☐   NO ☒

**COPIES TO:**
☐ PAT.   ☐ DET.   ☐ DA   ☐ COURT   ☐ PROBATION   ☐ VWAP   ☐ OTHER

**BY OFFICER**
J. Lopez 418

**DATE/TIME**
04/12/2014 15:02

**APPROVED BY**
Jason Hapner 128

**DATE APPROVED**
04/14/14

**OFFICER**

**UNIT/SHIFT**

**ASSIGNED TO**

**CASE STATUS**
Closed

Supp-1-Lopez/418 Entered by: Jose Lopez

APDC  (Rev. 03/5/10)  Print Date: 04/14/2014

A. REDDERSEN 000094

| Arrest | X |
| Crime | |
| Non-Criminal | |

## INDIO POLICE DEPARTMENT
46800 Jackson Street
Indio, CA 92201
### Narrative Report

CASE #
14041-1578

Page 1 of 3

**OFFENSE(S):**
69 PC; Obstruct/Resist/Threaten Executive Officer; Fel.
12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd.

**OFFENSE(S) cont'd.**

| DATE, TIME AND DAY OF OCCURRENCE | DATE AND TIME REPORTED |
|---|---|
| 04/11/14  09:46 Friday | 04/11/14  09:46 |

| LOCATION OF OCCURRENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 81500 Ave 51, Indio | Concert | | 4 | E26 |

**NARRATIVE**

**ASSIGNMENT:**
On 04/11/14, I was working patrol at the Coachella Valley Music and Arts Festival (81500 Ave. 51, City of Indio, County of Riverside CA.). At this time, I was assigned to patrol and maintain order at Coachella Valley Music and Arts Festival, in Camp Lot #8.

**INVESTIGATION:**
At about 0946 hours, Sergeant Hapner requested I respond to parking aisle (street number 106 North). Sergeant Hapner was flagged down by several subjects stating there was an adult female who was spraying others with "pepper spray."

I responded and began traveling in a northeast direction on Main St. toward 106 North, when I saw about 3-4 EMT staff members treating a female who was sprayed with pepper spray. This female was later identified as: Britney O'brien: DOB 06/05/89. O'brien was later contacted by Indio Police Department Officer Lopez. O'brien told Officer Lopez she desired prosecution against her long-time friend, who she accused of spraying her with the pepper spray. Refer to Officer Lopez's supplemental report for further details.

Officer Longoria briefly asked the EMT staff if they knew who'd sprayed the victim. They stated they did not know; however, they pointed toward 106 North and said the female was already detained by campground security personnel. Since the information about the suspect being detained was not confirmed, we drove toward 106 North.

Once we began traveling north on 106 North from Main St. we saw a large crowd of Coachella Music Festival party goers standing in the middle of the aisle/grass road. I also saw several festival security staff within the same crowd. On our arrival with the crowd, I saw a female sitting down on the grassy floor. I also noted she had been handcuffed prior to our arrival. She was later identified as: Athena Nicole Redderson: DOB 04/09/88. Redderson was extremely uncooperative and refused to provide any details of what was occurring. Also, on my arrival, a security officer handed me a small pink empty can of pepper spray. He was later identified as: Todd Eugene Lady: DOB 07/21/71. Lady later told me Redderson scratched him as he was placing handcuffs on her. Lady did not want prosecution against Redderson.

### ADMINISTRATION

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| J. Martinez 353 | 04/13/2014 19:00 | Jason Hapner 126 | 04/14/14 |
| OFFICER | LIEUTENANT | ADMISSION TO | CASE STATUS: Closed |

CR-I Marti/353  Entered by: Jerry Martinez       Page 1 of 3       APDC (Rev. 03/17/10)  Print Date: 04/14/2014

A. REDDERSEN 000095

| Arrest | x | **INDIO POLICE DEPARTMENT** | CASE # |
|---|---|---|---|
| Crime | | 46800 Jackson Street | 14041-1678 |
| Non-Criminal | | Indio, CA 92201 | Page 2 of 3 |
| | | **Narrative Report** | |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 69 PC; Obstruct/Resist/Threaten Executive Officer; Fel. 12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Misd. | |

| DATE, TIME, AND DAY OF OCCURRENCE | DATE AND TIME REPORTED | | | |
|---|---|---|---|---|
| 04/11/14  09:46 Friday | 04/11/14  09:46 | | | |
| LOCATION OF OCCURRENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
| 81500 Ave 51, Indio | Concert | | 4 | E26 |

NARRATIVE

While attempting to ascertain what occurred, I saw a white male adult running toward us. He was later contacted by Indio Police Department Officer Howarth and identified as: Antonio Gutierrez. Refer to Officer Howarth's supplemental report for further details regarding Gutierrez's statement. As Gutierrez ran past our location, he momentarily stopped, pointed at Redderson and yelled, "You're done bitch." I then noted numerous party goers were beginning to surround the officers on scene. I heard numerous angry voices saying, "Let her go, let her go." At this time, I feared the party goers could incite others and began attacking the officers or Redderson. Officer Longoria and I assisted Redderson to her feet and began escorting her toward Officer Corton's marked police vehicle.

Once we were standing outside the rear right passenger's seat of Officer Corton's vehicle, I asked Officer Corton to search Redderson to insure she did not have any additional weapons. At this time, I was holding her left arm in a controlled hold to prevent Redderson from trying to hurt us. As Officer Corton began checking her front waist band area, she felt an object. Officer Corton verbally told Officer Longoria and I she believed Redderson was concealing a knife. As soon as Redderson heard Officer Corton mention the knife, she began "back kicking" and struck Officer Corton on her right shin about three times. Officer Corton sustained several bruises as a result of the impacts. I later photographed the injuries and booked them into evidence.

As Officer Longoria and I attempted to keep Redderson in control, I heard Officer Corton tell (loud and clear) Redderson, "Stop kicking, stop kicking me." Officer Longoria and I were able to separate Redderson's feet and stopped her from kicking us. Officer Corton finally was able to remove a large pocket knife from Redderson's genital area. I took possession of the knife and later booked into evidence as well.

After Redderson was placed in the back seat, I had Officer Corton transport Redderson and her purse to the event command post for further investigation.

I remained at the scene and contact a witness: Eric Elene: DOB 09/19/88. The following is a summary of Elene's statement:

Elene told me he and Redderson were friends. While at another camp, within campground

| | | **ADMINISTRATION** | | |
|---|---|---|---|---|
| BY OFFICER | DATE/TIME | APPROVED BY | | DATE APPROVED |
| J. Martinez  353 | 04/13/2014  19:09 | Jason Hapner  128 | | 04/14/14 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | | CASE STATUS |
| | | | | Closed |

CR-1 Marti/353  Entered by: Jerry Martinez        Page 2 of 3        APDC (Rev. 03/17/10)  Print Date: 04/14/2014

A. REDDERSEN 000096

| INDIO POLICE DEPARTMENT | CASE # |
|---|---|
| 46800 Jackson Street | 14041-1678 |
| Indio, CA 92201 | |
| **Narrative Report** | Page 3 of 3 |

Arrest ☒  Crime ☐  Non-Criminal ☐

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 69 PC; Obstruct/Resist/Threaten Executive Officer; Fel. 12403.7(A) PC; Possess Tear Gas/Tear Gas Weapon W/O Permit; Mixd. | |

| DATE, TIME AND DAY OF OCCURRENCE | DATE AND TIME REPORTED |
|---|---|
| 04/11/14 09:45 Friday | 04/11/14 09:45 |

| LOCATION OF OCCURRENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 81800 Ave 51, Indio | Concert | | 4 | E26 |

NARRATIVE

lot #8, Redderson began asking about a birth date person; however, according to Elene, no one was celebrating their birth date. Elene and Redderson decided to walk to another campground, where they met with other friends (O'brien and Gutierrez). According to Elene, no one provoked or said anything to Redderson. Redderson suddenly ran between the parked vehicles and began spraying her friends with pepper spray. O'brien was the only one who was sprayed directly on her face and eyes. According to Elene, he was sprayed a little on his face; however, he did not desire prosecution or medical attention. After O'brien was sprayed with the pepper spray, she ran in an unknown direction and Elene ran the opposite. Elene immediately flagged down event security staff and told them about the incident. Redderson was then contacted by security staff and handcuffed.

Based on the above listed information, I arrested Redderson for PC 12403.7-use of chemical agent against another person and for PC 69-assault on a Police Officer.

I next responded to the event command post, where I met with Corporal Corton. On my arrival, I took custody of Redderson and her property. Incident to her arrest, I searched Redderson's purse. During the search I located a clear plastic baggie containing a small amount of Marijuana and a Marijuana glass pipe. I later booked these items into evidence at the station for destruction. I transported Redderson to the Riverside County jail in Indio for booking.

While at the jail, I read Redderson's rights from my Miranda Rights admonition card. Redderson said she understood her rights and requested to have her attorney present while being questioned.

CASE STATUS:
I request this report and other supplemental reports be forwarded to the Riverside County District Attorney's Office for prosecution against Redderson for PC 69-assault on a police officer and for PC 12403.7-use of chemical agent against another person with the intent to assault.

| ADMINISTRATION | | | |
|---|---|---|---|
| BY OFFICER J. Martinez 353 | DATE/TIME 04/13/2014 19:09 | APPROVED BY Jason Hapner 128 | DATE APPROVED 04/14/14 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Closed |

CR-1 Marti/353  Entered by: Jerry Martinez          Page 3 of 3          APDC (Rev. 03/17/10)  Print Date: 04/14/2014

A. REDDERSEN 000097





## INDIO POLICE DEPARTMENT
## CITIZEN COMPLAINT FORM

Name Athena                    Nicole                              Reddersen
_____
         (First)                   (Middle)                          (Last)

Residence Address: 13142 Silver Birch Rd. Tustin, CA 92780
_____

Home Phone: _____ Cell Phone: 626-627-5505 ____ Age: 26 _____

Work Phone: _____ Ext. _____ Work Hours: _____

I want to complain about:  Officer(s) Name(s) and/or Badge Number(s) and/or Car Number:
_____

Officer Jerry Martinez Badge ID# 353
_____

Date of Incident: 04/11/2014 _____ Time of Incident: around 9:30-10 AM ____

Location of Incident: Coachella Music and Art Festival _____

Explain reason for complaint: I would like to file a complaint against officer Jerry Martinez Badge# 353 with Indio
Police Department for filing a fraudulent police report, stealing all of my campground belongings at the music festival,
and for following incorrect procedures during my arrest. Officer Martinez did not bother to question me as I was being
arrested, nor was I read my Miranda rights. I was also severely bruised by officer Martinez; he twisted my arms
inappropriately and kicked me several times on the leg, as I was in hand cuffs. Please review police dash cam for further
proof of my complaint. I also contacted the people I attended the music festival with, in order to retrieve my belongings,
and was told that the officers who had arrested me had taken in all of my belongings. Attached is an email confirming me
contacting the music festival's lost and found.
                                     (Attach additional sheets, as needed).
10/05/2014                                              Athena Reddersen
_____                  _____
Date                                                  Signature

The City of Indio Police Department realizes that we must be responsive to input from citizens of our community.  All
personnel of the Indio Police Department encourage citizens to report what they believe to be any acts of police
misconduct.  The complaint must be made in good faith, and the Indio Police Department pledges to respond swiftly,
thoroughly, and fairly to bonafide reports of alleged misconduct.

Not all contacts with the police are of an unfavorable nature.  The greater majority of contacts involve public assistance,
information, or in some cases, life-saving actions by police employees.

The Indio Police Department constantly seeks ways to improve our service to the community.  We have pledged
ourselves to professional and dedicated police service.  To help us maintain this objective, we sincerely appreciate your
comments.

                                                          RICHARD P. TWISS
                                                          CHIEF OF POLICE

A. REDDERSEN 000098

**DOES THAT MEAN THAT THE POLICE DEPARTMENT WANTS COMPLAINTS?**

Of course not. A complaint may mean that someone hasn't done a satisfactory job. We do want to know when our service needs to be improved or corrected, though.

**BUT, WILL YOU LISTEN TO MY COMPLAINT?**

Certainly. We want to find out what went wrong, if anything. We want to take all of the steps necessary to see that it never happens again.

**WHO WOULD INVESTIGATE MY COMPLAINT?**

Either a special investigator from the Internal Affairs Section or a supervisor would investigate any complaint against an officer.

**WELL THEN, WHO SHOULD I GO TO FIRST?**

You should take a complaint about an officer to his/her immediate supervisor. If the supervisor is not available, ask to speak with an on-duty Watch Commander.

**BUT I WANT TO TAKE THIS ALL THE WAY TO THE TOP. I WANT THE CHIEF OF POLICE TO KNOW.**

And he will. The Chief of Police gets copies of **all** complaints against officers. Each of the officer's superiors is also notified.

**DO I HAVE TO COMPLAIN IN PERSON?**

No. We prefer to talk with you in person, however, if there are valid reasons why this can't be done, your complaint can be made by telephone or by mail. Generally, we do not accept a complaint from another party on your behalf, as this would be considered hearsay information and important facts could be left out. After receiving your complaint, a supervisor or investigator will contact you.

**I'M UNDER 18. DO I HAVE THE RIGHT TO COMPLAIN?**

Yes. Just bring one or both of your parents or legal guardians with you.

**WILL I HAVE TO SUBMIT MY COMPLAINT IN WRITING?**

We have found that it is much easier to investigate a written complaint. If there are valid reasons why this cannot be done, we will make other arrangements.

**HOW CLOSELY WILL YOU REALLY INVESTIGATE?**

Very closely. We want to find out where we went wrong. On the other hand, if a person makes a false complaint, we want to make that determination, too.

**WHAT WILL HAPPEN TO THE OFFICER?**

That will depend on what the officer did. If his/her actions were criminal, he/she will be dealt with like any other person. If they were improper, but not criminal, he/she will be disciplined by the Chief of Police. You will be notified by the Department when the investigation of your complaint has been completed.

**WHAT ABOUT A POLYGRAPH TEST (LIE DETECTOR)?**

In certain cases where we cannot find the truth any other way, you may be asked to take a polygraph examination. The same is true for our officers.

**WHAT IF I'M NOT SATISFIED WITH THE RESULTS OF THE INVESTIGATION?**

We sincerely hope that would never happen. If it did, an appointment would be made for you with the Chief of Police. Our goal at the Indio Police Department is that you will never need to use the information contained in this brochure. We don't want to fail in our continuing efforts to give YOU the best possible police services.

CASH BOND
RECOMMENDED $   $35,000.00
                    LD 4/15/14
PAUL E. ZELLERBACH
DISTRICT ATTORNEY

EXTRADITION
AP...OVED/DISAPPROVED
DDA.
AGENCY#:  1404I1678/IPD

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Indio)

FILED
SUPERIOR COURT OF CALIFORNI...
COUNTY OF RIVERSIDE

APR 15 2014
M. Valdez

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

ATHENA NICHOLE REDDERSON
DOB: 04/09/1988

D.A.# 313316

CASE NO.  INF1400988

FELONY COMPLAINT

OTHER

MMG

APR 15 2014

Defendant.

## COUNT 1

The undersigned, under penalty of perjury upon information and belief, declares: That the above named defendant committed a violation of Penal Code section 245, subdivision (a), subsection (1), a felony, in that on or about April 11, 2014, in the County of Riverside, State of California, she did wilfully and unlawfully commit an assault upon Jane Doe, with a deadly weapon other than a firearm, to wit: pepper spray, within the meaning of Penal Code sections 667 and 1192.7(c)(31).

## COUNT 2

That the above named defendant committed a violation of Penal Code section 245, subdivision (a), subsection (1), a felony, in that on or about April 11, 2014, in the County of Riverside, State of California, she did wilfully and unlawfully commit an assault upon John Doe, with a deadly weapon other than a firearm, to wit: pepper spray, within the meaning of Penal Code sections 667 and 1192.7(c)(31).

## COUNT 3

That the above named defendant committed a violation of Penal Code section 69, a felony, in that on or about April 11, 2014, in the County of Riverside, State of California, she did wilfully and unlawfully attempt by means of threats and violence to deter and prevent Officer Corton, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his duty.

A. REDDERSEN 000100

Page 2

CASH BOND

RECOMMENDED $ _____

PAUL E. ZELLERBACH
DISTRICT ATTORNEY

## COUNT 4

That the above named defendant committed a violation of Penal Code section 22810, subdivision (a), a felony, in that on or about April 11, 2014, in the County of Riverside, State of California, she did willfully and unlawfully possess, purchase and use tear gas and tear gas weapons having been convicted of a felony and an assault, and having been convicted of Penal Code section 22810, subdivision (g).

## MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the California Constitution Section 28. Any victim(s) in any above referenced charge(s) is entitled to be free from intimidation, harassment, and abuse. It is unlawful for defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) to use any information contained in the reports to locate or harass any victim(s) or the victim(s)'s family or to disclose any information that is otherwise privileged and confidential by law. Additionally, it is a misdemeanor violation of California Penal Code § 1054.2a(3) to disclose the address and telephone number of a victim or witness to a defendant, defendant's family member or anyone else. Note exceptions in California Penal Code § 1054.2a(a) and (2).

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.

Dated: April 15, 2014
AEF:mil

_____
Complainant

A. REDDERSEN 000101

1  MICHAEL A. HESTRIN
2  District Attorney
3  County of Riverside
4  82995 Highway 111, Suite 101
5  Indio, California 92201
6  Telephone: (760) 863-8216
7  Victoria L. Weiss
8  Supervising Deputy District Attorney
9  State Bar No. 217765

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 1 7 2015

L. HOOGENDYK

JUL 24 2015

11              SUPERIOR COURT OF CALIFORNIA
12                  COUNTY OF RIVERSIDE
13                         (Indio)

15  THE PEOPLE OF THE STATE OF CALIFORNIA,      NO. INF1400988
16                               Plaintiff,     F I R S T
17                    v.                        A M E N D E D
18                                              I N F O R M A T I O N
19  ATHENA NICHOLE REDDERSON

21                              Defendant.

23                         COUNT 1
24        The District Attorney of the County of Riverside hereby accuses ATHENA NICHOLE
25  REDDERSON of a violation of Penal Code section 245, subdivision (a), subsection (1), a
26  felony, in that on or about April 11, 2014, in the County of Riverside, State of California, she
27  did wilfully and unlawfully commit an assault upon Brittney O., with a deadly weapon other
28  than a firearm, to wit: pepper spray, within the meaning of Penal Code sections 667 and
29  1192.7(c)(31).

31                         COUNT 2 ̶  5  ⊙⊗  7-17-15
32        For a further and separate cause of action, being a different offense from but connected
33  in its commission with the charge set forth in count 1 hereof, the District Attorney of the
34  County of Riverside hereby accuses ATHENA NICHOLE REDDERSON of a violation of
35  Penal Code section 245, subdivision (a), subsection (1), a felony, in that on or about April 11,
36  2014, in the County of Riverside, State of California, she did wilfully and unlawfully commit

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

1

A. REDDERSEN 000102

an assault upon Antonio G., with a deadly weapon other than a firearm, to wit: pepper spray, within the meaning of Penal Code sections 667 and 1192.7(c)(31).

### COUNT 3

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 and 2 hereof, the District Attorney of the County of Riverside hereby accuses ATHENA NICHOLE REDDERSON of a violation of Penal Code section 69, a felony, in that on or about April 11, 2014, in the County of Riverside, State of California, she did wilfully and unlawfully attempt by means of threats and violence to deter and prevent Officer Corton, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his duty.

### COUNT 4

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1,2 and 3 hereof, the District Attorney of the County of Riverside hereby accuses ATHENA NICHOLE REDDERSON of a violation of Penal Code section 22810, subdivision (a), a felony, in that on or about April 11, 2014, in the County of Riverside, State of California, she did willfully and unlawfully possess, purchase and use tear gas and tear gas weapons having been convicted of a felony and an assault, and having been convicted of Penal Code section 22810, subdivision (g).

MICHAEL A. HESTRIN
District Attorney

Victoria L. Weiss
Supervising Deputy District Attorney

VLW:enr

CR-161

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>FEB 2 7 2015<br><br>Y. Rodriguez |

**PEOPLE OF THE STATE OF CALIFORNIA**

*vs.*

DEFENDANT: ATHENA NICHOLE REDDERSON

**CRIMINAL PROTECTIVE ORDER—OTHER THAN DOMESTIC VIOLENCE**
(CLETS - CPO) (Pen. Code, §§ 136.2, 136.2(i)(1), and 646.9(k))

[x]   ORDER UNDER PENAL CODE, § 136.2

[ ]   MODIFICATION

**ORDER UNDER:**

[ ]   PENAL CODE, § 136.2(i)(1)   [ ]   PENAL CODE, § 646.9(k)

| CASE NUMBER: |
|---|
| INF1400988 |

PERSON TO BE RESTRAINED *(complete name):* ATHENA NICHOLE REDDERSON

Sex: [ ] M   [x] F   Ht.: 5'08"   Wt.: 150   Hair color: Bro   Eye color: Bro   Race: W   Age: 26   Date of birth: 4/9/88

1. This proceeding was heard on *(date):* 2/27/15   at *(time):* 8:30am in Dept.: 3R   Room:
   by judicial officer *(name):* James Hawkins
2. **This order expires on** *(date):* 2/27/18   . If no date is listed, this order expires three years from date of issuance.
3. [x] Defendant was personally served with a copy of this order at the court hearing, and no additional proof of service of this order is required.
4. FULL NAME, AGE, AND GENDER OF EACH PROTECTED PERSON:
   Brittney O'Brien (Female, 7/12/89), Antonio Gutierrez (Male, 6/17/83), & Brandon Johnson (Male, )
5. [ ] The court has information that the defendant owns or has a firearm or ammunition, or both.

**GOOD CAUSE APPEARING, THE COURT ORDERS THAT THE ABOVE-NAMED DEFENDANT**

6. must not harass, strike, threaten, assault (sexually or otherwise), follow, stalk, molest, destroy or damage personal or real property, disturb the peace, keep under surveillance, or block movements of the protected persons named above.
7. **must not own, possess, buy or try to buy, receive or try to receive, or otherwise obtain a firearm or ammunition. The defendant must surrender to local law enforcement, or sell to or store with a licensed gun dealer any firearm owned by the defendant or subject to his or her immediate possession or control within 24 hours after service of this order and must file a receipt with the court showing compliance with this order within 48 hours of receiving this order.**

   [ ] The court has made the necessary findings and applies the firearm relinquishment exemption under Code Civ. Proc., § 527.9(f). The defendant is not required to relinquish this firearm *(specify make, model, and serial number of firearm):*

8. must not attempt to or actually prevent or dissuade any victim or witness from attending a hearing or testifying or making a report to any law enforcement agency or person.
9. must take no action to obtain the addresses or locations of protected persons or their family members, caretakers, or guardian unless good cause exists otherwise. [ ] The court finds good cause not to make the order in item 9.
10. [ ] must be placed on electronic monitoring for *(specify length of time):*                      . (Not to exceed one year from the date of this order. Pen. Code, § 136.2(a)(7)(D) and Pen. Code § 136.2(i)(2).)
11. [x] must have no personal, electronic, telephonic, or written contact with the protected persons named above.
12. [x] must have no contact with the protected persons named above through a third party, except an attorney of record.
13. [x] must not come within 100                   yards of the protected persons named above.
14. [ ] may have peaceful contact with the protected persons named above, as an exception to the "no-contact" or "stay-away" provision in item 11, 12, or 13 of this order, only for the safe exchange of children and court-ordered visitation as stated in:
    a. [ ] the Family, Juvenile, or Probate court order in case number:                      issued on *(date):*
    b. [ ] any Family, Juvenile, or Probate court order issued *after* the date this order is signed.
15. [ ] The protected persons may record any prohibited communications made by the restrained person.
16. Other orders including stay-away orders from specific locations:

Executed on: 2/27/15   JAMES HAWKINS   Department/Division: 3R
               (DATE)        (SIGNATURE OF JUDICIAL OFFICER)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CR-161 [Rev. July 1, 2014]<br>Approved by Department of Justice | **CRIMINAL PROTECTIVE ORDER—OTHER THAN DOMESTIC VIOLENCE**<br>**(CLETS - CPO)** | Page 1 of 2<br>Penal Code, §§ 136.2, 646.9(k),<br>and 136.2(i)(1)<br>www.courts.ca.gov |

A. REDDERSEN 000104

# Exhibit S

Inbox | athenareddersen@proton.me | ... n Mail

## Journal Entry 02/11/23

| | |
|---|---|
| From | Athena Reddersen ███████████@gmail.com> |
| To | athenareddersen@proton.me |
| CC | Athena Reddersen ███████████@gmail.com> |
| Date | Saturday, February 11th, 2023 at 3:09 PM |

1:49 PM

As I'm proofing the FACTUAL ALLEGATIONS in my Federal complaint, I'm having a lot of flashbacks of the years 2012, 2014, 2015, 2020, and 2022, in particular.

I want to gather my thoughts in a single entry to organize "current events" that have been implemented as early as January 2023.

The following are interpretations of facts that I have gathered by and through public harassment, anonymous tips, and whistleblower complaints...

A. REDDERSEN 000105

Inbox | a███ddersen@proton.me | ███n Mail

- During the 2020 COVID-19 Pandemic, www.███████████.com gained a lot of "popularity" with the national emergency federal lockdown. People were bored and looking to "socialize" while simultaneously terrorizing the general public, as it is clear the individuals who LIVE in this fraudulent domain get a rise out of EVERYBODY watching and being nosey - for whatever reason they happen to be lurking, be it an agenda or no agenda.

- Sometime between 2020 and 2022, Tony revamped the layout of the website. Probably multiple times between these 2 years. At one point, certain individuals throughout my entire life had their own profiles. And if they didn't have their own profile, they were probably a "one-off" in "my" fraudulent profile. Individuals who had their own profiles and/or downloadable folders were either naked or half-naked. Therefore, it is likely that there were not many profiles, other than those who I have dated in the past. I can think of 3 other individuals (all females), not including myself, who would have had their own profile. And since my mother and I never had sex with each other - she also probably had her own profile and/or downloadable folders. (Un-fucking-belivable). Thus, I suspect there was a total of 4 to 5 individual profiles, all of which were women.

- The sex trafficking profiles existed for 2 whole years - from 2020 to 2022. (Un-fucking-believeable). Therefore, there was an "expansion" in the sex trafficking and slavery network in the state-sponsored domain, www.███████████.com.

- For the majority of 2020 - 2022, the "Renters" of the App Store were posting Jane Roe No. 1 and me back and forth - of course, naked and having sex, but both separately and together.

- I believe there was also a "room" and/or profile wherein both Jane Roe No. 1 and I were in TOGETHER... and NOT separately... therefore, another profile, so bump that up to 5-6 profiles in total?

- Tony was inspired by all the postings of the separate individuals, and therefore created individual profiles for the above-mentioned individuals.

- It is **certain** that sometime in the year 2022 **(and maybe also 2020 & 2021 ??)**, Tony bought (yet again) televised advertisements to announce the separate profiles. Not only did he announce the separate profiles on www.███████████.com, but he announced the date of "Porn Wars" ... I don't know how he referred to it, or how the televised advertisement was delivered, but I call it Porn Wars because they made Jane Roe No. 1 & I's life into a motherfucking retarded game, where we are allegedly competing against each other to see who is "better" and/or gets "the job" of being gang raped on the Internet and extremely sexually abused and exploited for everybody's entertainment.

- I know the televised advertisement that announced the upcoming PORN WARS in 2022 was aired **definitely** sometime **BEFORE** September 2022. As I was tipped off about the individual profiles in September 2022, and further tipped off about an "Announcement" being made in that same month. Additionally, the general public seemed especially Pissed Off, as I could imagine how offensive it was to see an advertisement being aired on Television in such a distasteful manner.

- I don't know the actual date of the PORN WARS episode - where the ENTIRE FUCKING WORLD was present either via paid Television subscription and/or Computer - and of course if you were distributing the PORN WARS you were buying it on the App Store on your Cell Phone, but I know it occurred from December 2022 to January 2023. Further, it had to be longer than a 1-day event, as the PORN WARS has quite a long lifespan if

Inbox | ddersen@proton.me | n Mail

we're talking about all the times I've had sex throughout the years, but of course, mainly with Jane Roe No. 1.

• Additionally, I believe it went into effect this year, 2023, that Jane Roe No. 1 is the sole individual being intensely sexually abused and exploited on www ████████.com, after "winning" PORN WARS. Therefore, I am under the impression that the final "Weekend Play-Offs" for PORN WARS occurred this year and the over-the-top fraud went into effect in early to mid-January 2023, after I was "canceled" from being sexually abused and exploited and Jane Roe No. 1 is now the primary focus of www ████████.com.

• There was obviously an agenda in canceling me, as it took them 2 whole years to do this: **(1)** To hyper-intensify the sexual exploitation of Jane Roe No. 1 so that all "Renters" are solely focused on sexually abusing her. **(2)** For Tony to make an entire marketing charade from COVID lockdown "Individual Profiles" and PORN WARS - and gain more views, more clicks, more platform engagement, and more $$$ by changing things up and keeping THE WHOLE FUCKING WORLD engaged and sucked into his retarded nonsense.

• What I do not know (and I'm not sure I want to know): Is if I am just "canceled" from being sexually abused and exploited from my sex life with Jane Roe No. 1, or if the "Renters" are still sexually exploiting my childhood and adolescence? I have a feeling I am still being sexually exploited in my younger years, however, not as predominantly as Jane Roe No. 1, since she is "new and exciting" to sexually abuse and exploit in a way that I have been exploited for the past decade, or since 2012.

• Additionally, I am not completely "canceled" from being forced to live publicly on www ████████.com, as the WHOLE FUCKING WORLD still has access to STALK ME in the real-time broadcast, which apparently Tony also revamped during to COVID pandemic years, or since 2020. I've been told my fraudulent portal has VIEW COUNTS so everyone can see how many people are stalking me in real-time - as does all of Jane Roe No. 1's fraudulent postings from the "Renters".

• Further, the virtual state-sponsored cloud-stored calendar archive also exists - so the WHOLE FUCKING WORLD can still access everything and anything that everyone always ranted and raved about - whether for the story or for the sex.

• Additionally, the 2020-2022 revamping of the layout of www ████████.com has DRASTICALLY changed in the past 2 (going on 3) years. From having several individual sex trafficking profiles - to having none at all and solely centering the website layout of "Renter" postings around zoomed-in shots and videos of Jane Roe No. 1 being naked and getting fucked ALL THE TIME.

• Lastly - from my interpretation, the website seems to mirror that of a cross between TWITTER - INSTAGRAM - and TIKTOK which functions as a cruel "social platform" that functions with complete impunity. All with a state-sponsored Airforce emblem and/or symbol, therefore displaying the embezzlement of a state-sponsored technology asset in PLAIN SIGHT.

Athena N. Reddersen

Exhibit T

 Gmail

Athena Reddersen <reddersen.athena@gmail.com>

---

**Reproductive Partners - Dr. Cassidenti**
1 message

**Sharon Grewall**                                                                                 Tue, Mar 8, 2022 at 8:07 AM
To: "reddersen.athena@gmail.com" <reddersen.athena@gmail.com>



Hello!

Your <u>virtual consultation</u> has been scheduled for **March 18th – Friday at 1:00pm (PST) with Dr. Denise Cassidenti via doxy.me.**

With doxy.me, you do not have to download anything.  You would just enter https://doxy.me/drcassidenti into your browser on your phone or computer and it connects to Dr. Cassidenti at your appointment time.  You do need to use Chrome or Firefox as your browser to access.

Please feel free to forward any medical records you would like for the doctor to review to this e-mail (if applicable).

You will be receiving an e-mail invitation to register for the patient portal (if you haven't already).  Please take the time to complete the health questionnaire, upload your insurance card and sign the new patient consent forms, otherwise your appointment may need to be rescheduled.

If you use your cell phone, you still need to make sure you are using Chrome or Firefox otherwise you will not be able to complete the health questionnaire.

*Normally, the out of pocket expense for a new patient consultation will be $250. We are happy to courtesy bill your insurance. If the claim denies for any reason, it will become full patient responsibility.

As a courtesy, Reproductive Partners Medical Group, Inc., verifies your benefits with your insurance company. A quote of benefits is not a guarantee of benefits or payment. Your claim will process according to your plan. If your claim processes differently from the benefits we were quoted, the insurance company will side with the plan and will not honor the benefit quote we received. It is the policy of Reproductive Partners Medical Group, Inc. that payment is due at the time of service unless other financial arrangements are made in advance.

Finally, please feel free to reach out for any assistance.

Best,

Sharon Grewall

Patient Liaison

**Reproductive Partners**  MEDICAL GROUP, INC.

http://www.reproductivepartners.com

Telephone 877.273.7763

Fax 714.702.3010

❤ #HAVEAHEART

NOTICE: This e-mail message and all attachments are sent by or on behalf of a healthcare provider. The message and attachments are intended only for the addressee and are covered by the Electronic Communications Act, 18 U.S.C. §§ 2510-2521 as this communication may contain legally privileged and confidential information. Should the reader of this message not be the intended addressee, employee, or agent responsible for delivering this message to the intended addressee, you are hereby notified that any dissemination, distribution, copying, or other use of this message and/or its attachments is strictly prohibited. If this message was received in error, please notify the sender immediately by replying to this message and then please delete the message and any attachments completely from your computer without reading, copying or forwarding to others.

# Exhibit U

# IRS TAX PERIOD DECEMBER 2012:

## Plaintiff was Unemployable and made Zero Wages



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718692055

Wage and Income Transcript

SSN Provided:  XXX-XX-8629
Tax Period Requested:  December, 2013

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX3319
 HOME
 2455 P

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 360 E.

Submission Type:...............................................Original document
Wages, Tips and Other Compensation:....................................$14,997.00
Federal Income Tax Withheld:................................................$536.00
Social Security Wages:..................................................$14,997.00
Social Security Tax Withheld:...............................................$929.00
Medicare Wages and Tips:................................................$14,997.00
Medicare Tax Withheld:......................................................$217.00
Social Security Tips:.........................................................$0.00
Allocated Tips:...............................................................$0.00
Dependent Care Benefits:......................................................$0.00
Deferred Compensation:........................................................$0.00
Code "Q" Nontaxable Combat Pay:...............................................$0.00
Code "W" Employer Contributions to a Health Savings Account:..............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.........................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.........................................................................$0.00
Code "R" Employer's Contribution to MSA:......................................$0.00
Code "S" Employer's Contribution to Simple Account:...........................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:...........................$0.00
Code "V" Income from exercise of non-statutory stock options:.................$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:...$588.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:......$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.........................................................................$0.00
Third Party Sick Pay Indicator:...............................Unanswered
Retirement Plan Indicator:............................Yes - retirement plan
Statutory Employee:...................................Not Statutory Employee

A. REDDERSEN 000111

Form 3922: Transfer of Stock Acquired Through an Employee Stock Purchase Plan

Under Section 423(c)

Corporation:
 Corporation's Federal Identification Number (FIN):XXXXX1426
 THE
 PO BOX

Employee:
 Employee's Identification Number:XXX-XX-8629
 ATHE REDD
 360 E

```
Submission Type:..................................................Original document
Account Number (Optional):..............................XXXXXXXXXXXXXXXX0001
Exercise Price per Share:..........................................$69.00
Fair Market Value per Share on Exercise Date:......................$82.00
Fair Market Value per Share on Grant Date:.........................$76.00
Exercise price per share determined as if the option was exercised on the
date shown in box 1:...............................................$65.00
Date Option Exercised:...........................................12-31-2013
Date Option Granted:.............................................07-01-2013
Number of Shares Transferred:.............................0000000000002
Date Legal Title Transferred:....................................12-31-2013
```

Form 1098-T

Payer:
 Payer's Federal Identification Number (FIN):XXXXX9872
 SADD
 28000

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 360 E

```
Submission Type:..................................................Original document
Account Number (Optional):...........................................XXXX1800
Qualified Tuition and Related Expense:................................$0.00
Scholarships or Grants:............................................$7,685.00
Half Time Student Indicator:..............Grtr than or Eq to Half Time Student
Graduate Student Indicator:............................Not a Graduate Student
Academic Period Code:........................Academic Period Box Not Checked
Method of Reporting Indicator:
.........................No Change in Reporting Method from the Previous Year
Amounts Billed for Qualified Tuition & Related Expenses:.............$1,632.00
Adjustments Made for Prior Year:......................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:...................$0.00
Reimbursements/Refunds from an Insurance Contract:.......................$0.00
```

Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):XXXXX4061

A. REDDERSEN 000112

```
STAT
FRANCH

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 360 E
Submission Type:......................................................Original document
Account Number (Optional):.................................................XXXXXX629A
ATAA Payments:..................................................................$0.00
Tax Withheld:...................................................................$0.00
Taxable Grants:.................................................................$0.00
Unemployment Compensation:......................................................$0.00
Agricultural Subsidies:.........................................................$0.00
Prior Year Refund:.............................................................$47.00
Market gain on Commodity Credit Corporation loans repaid:.......................$0.00
Year of Refund:..................................................................2012
1099G Offset:..............Not Refund, Credit, or Offset for Trade or Business
```

This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000113


## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718692755

Wage and Income Transcript

SSN Provided:  XXX-XX-8629
Tax Period Requested:  December, 2014

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX2748
 TIJE
 625 MA

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE N REDD
 3290 N

Submission Type:.................................................Original document
Wages, Tips and Other Compensation:.....................................$7.00
Federal Income Tax Withheld:............................................$1.00
Social Security Wages:..................................................$7.00
Social Security Tax Withheld:...........................................$0.00
Medicare Wages and Tips:................................................$7.00
Medicare Tax Withheld:..................................................$0.00
Social Security Tips:...................................................$0.00
Allocated Tips:.........................................................$0.00
Dependent Care Benefits:................................................$0.00
Deferred Compensation:..................................................$0.00
Code "Q" Nontaxable Combat Pay:.........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "R" Employer's Contribution to MSA:................................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:...................................................................$0.00
Third Party Sick Pay Indicator:....................................Unanswered
Retirement Plan Indicator:.........................................Unanswered
Statutory Employee:.........................................Not Statutory Employee

A. REDDERSEN 000114

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX2748
 TIJE
 625 MA

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 3290 N

Submission Type:.................................................Amended document
Wages, Tips and Other Compensation:.....................................$0.00
Federal Income Tax Withheld:............................................$0.00
Social Security Wages:..................................................$0.00
Social Security Tax Withheld:...........................................$0.00
Medicare Wages and Tips:................................................$0.00
Medicare Tax Withheld:..................................................$0.00
Social Security Tips:...................................................$0.00
Allocated Tips:.........................................................$0.00
Dependent Care Benefits:................................................$0.00
Deferred Compensation:..................................................$0.00
Code "Q" Nontaxable Combat Pay:.........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "R" Employer's Contribution to MSA:................................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:...................................................................$0.00
Third Party Sick Pay Indicator:...................................Unanswered
Retirement Plan Indicator:........................................Unanswered
Statutory Employee:...............................Not Statutory Employee

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX3319
 HOME
 2455 F

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 360 E.

Submission Type:..................................................Original document
Wages, Tips and Other Compensation:..................................$5,835.00
Federal Income Tax Withheld:.........................................$264.00
Social Security Wages:...............................................$5,807.00
Social Security Tax Withheld:........................................$360.00

A. REDDERSEN 000115

```
Medicare Wages and Tips:................................................$5,807.00
Medicare Tax Withheld:...................................................$84.00
Social Security Tips:.....................................................$0.00
Allocated Tips:..........................................................$0.00
Dependent Care Benefits:.................................................$0.00
Deferred Compensation:...................................................$0.00
Code "Q" Nontaxable Combat Pay:..........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:....................................................................$0.00
Code "R" Employer's Contribution to MSA:.................................$0.00
Code "S" Employer's Contribution to Simple Account:......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:......................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:...$394.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:....................................................................$0.00
Third Party Sick Pay Indicator:...................................Unanswered
Retirement Plan Indicator:.................................Yes - retirement plan
Statutory Employee:................................Not Statutory Employee
```

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX6433
 MRS
 550 BO

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE N REDD
 13142

```
Submission Type:.................................................Original document
Wages, Tips and Other Compensation:...................................$6,811.00
Federal Income Tax Withheld:...........................................$282.00
Social Security Wages:................................................$6,811.00
Social Security Tax Withheld:..........................................$422.00
Medicare Wages and Tips:..............................................$6,811.00
Medicare Tax Withheld:.................................................$98.00
Social Security Tips:....................................................$0.00
Allocated Tips:.........................................................$0.00
Dependent Care Benefits:................................................$0.00
Deferred Compensation:..................................................$0.00
Code "Q" Nontaxable Combat Pay:.........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "R" Employer's Contribution to MSA:................................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
```

A. REDDERSEN 000116

```
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.................................................................$0.00
Third Party Sick Pay Indicator:...................................Unanswered
Retirement Plan Indicator:........................................Unanswered
Statutory Employee:...................................Not Statutory Employee
```

         Form 1099-B Proceeds From Broker and Barter Exchange Transactions

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX2740
 COMP
 PO BOX

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 360 E

Submission Type:...............................................Original document
Account Number:...............................XXXXXXXXXXXXXXXXX0001
Date Sold or Disposed:..........................................08-01-2014
CUSIP Number:...............................................XXXXX6102
Gross Proceeds:..............................................Net Proceeds
Bartering:.......................................................$0.00
Federal Income Tax Withheld:....................................$51.00
Proceeds:......................................................$153.00
Aggregate Profit or (Loss):......................................$0.00
Realized Profit or (Loss):.......................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:....................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:..................$0.00
Cost or Basis:.................................................$160.00
Adjustments:.....................................................$0.00
Description:....................................................THD ES
Second Notice Indicator:.............................................
Date Acquired:...............................................00-00-0000
Noncovered Security Indicator:..............................Nothing checked
Type of Gain or Loss Code:.....................................Short-term
Code, if Any:........................................................
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to
the IRS
Loss Not Allowed Indicator:..........................................
```

                         Form 1098-T

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX9872
 SADD
 28000

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 360 E

Submission Type:...............................................Original document
```

A. REDDERSEN 000117

```
Account Number (Optional):.........................................XXXX1800
Qualified Tuition and Related Expense:...............................$0.00
Scholarships or Grants:...........................................$3,892.00
Half Time Student Indicator:...............Grtr than or Eq to Half Time Student
Graduate Student Indicator:...........................Not a Graduate Student
Academic Period Code:.......................Academic Period Box Not Checked
Method of Reporting Indicator:
.........................No Change in Reporting Method from the Previous Year
Amounts Billed for Qualified Tuition & Related Expenses:............$1,505.00
Adjustments Made for Prior Year:.....................................$597.00
Adjustments to Scholarships or Grants for a Prior Year:..............$552.00
Reimbursements/Refunds from an Insurance Contract:...................$0.00
```


                              Form 1099-DIV

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX2740
 COMP
 PO BOX

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 360 E

Submission Type:..............................................Original document
Account Number (Optional):.............................XXXXXXXXXXXXXXXXX0001
Tax Withheld:........................................................$0.00
Capital Gains:.......................................................$0.00
Non-Dividend Distribution:...........................................$0.00
Cash Liquidation Distribution:.......................................$0.00
Non-Cash Liquidation Distribution:...................................$0.00
Investment Expense:..................................................$0.00
Ordinary Dividend:...................................................$2.00
Collectibles (28%) Gain:.............................................$0.00
Unrecaptured Section 1250 Gain:......................................$0.00
Section 1202 Gain:...................................................$0.00
Foreign Tax Paid:....................................................$0.00
Qualified Dividends:.................................................$2.00
Second Notice Indicator:...................................No Second Notice
Exempt Interest Dividends:...........................................$0.00
Specified Private Activity Bond Interest Dividend:...................$0.00
```


```
Form 1099-R Distributions from Pensions, Annuities, Retire or  Profit-Sharing Plan

 Payer:
  Payer's Federal Identification Number (FIN):XXXXX6063
  NORT
  801 SO

 Recipient:
  Recipient's Identification Number:XXX-XX-8629
  REDD ATHE
  360 E

 Submission Type:..............................................Original document
 Account Number (Optional):.............................XXXXXXXXXXXXXXXXA000
```

A. REDDERSEN 000118

```
Distribution Code Value:
......Early Distribution, no known exception (in most cases, under age 59 1/2)
Distribution Code:................................................................1
Distribution Code Value:.................Designated Roth account distribution
Distribution Code:................................................................B
Tax Amount Undetermined Code:........................................Not checked
Total Distribution Code:.............................................Not checked
First Year Roth Contribution:...............................................2013
SEP Indicator:.................................IRA/SEP/SIMP box not checked
Tax Withheld:.............................................................$11.00
Total Employee Contributions:.............................................$0.00
Unrealized Appreciation:..................................................$0.00
Other Income:.............................................................$0.00
Gross Distribution:...................................................$1,042.00
Taxable Amount:..........................................................$58.00
Eligible Capital Gains:...................................................$0.00
Amount to IRR:............................................................$0.00
```

This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000119



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718692986

Wage and Income Transcript

SSN Provided:  XXX-XX-8629
Tax Period Requested:  December, 2015

Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):XXXXX6433
  MRS
  550 BO

Employee:
  Employee's Social Security Number:XXX-XX-8629
  ATHE N REDD
  13142

Submission Type:..............................................Original document
Wages, Tips and Other Compensation:..................................$13,492.00
Federal Income Tax Withheld:............................................$588.00
Social Security Wages:...............................................$13,853.00
Social Security Tax Withheld:...........................................$858.00
Medicare Wages and Tips:.............................................$13,853.00
Medicare Tax Withheld:..................................................$200.00
Social Security Tips:.....................................................$0.00
Allocated Tips:...........................................................$0.00
Dependent Care Benefits:..................................................$0.00
Deferred Compensation:..................................................$361.00
Code "Q" Nontaxable Combat Pay:...........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:..............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "R" Employer's Contribution to MSA:..................................$0.00
Code "S" Employer's Contribution to Simple Account:.......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................$0.00
Code "V" Income from exercise of non-statutory stock options:.............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:......$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:......$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.....................................................................$0.00
Third Party Sick Pay Indicator:...............................Unanswered
Retirement Plan Indicator:............................Yes - retirement plan
Statutory Employee:...................................Not Statutory Employee

A. REDDERSEN 000120

Form 1098-T

Payer:
 Payer's Federal Identification Number (FIN):XXXXX9872
 SADD
 28000

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 360 E

Submission Type:................................................Original document
Account Number (Optional):..........................................XXXX1800
Qualified Tuition and Related Expense:...................................$0.00
Scholarships or Grants:..................................................$0.00
Half Time Student Indicator:........................Less Than Half Time Student
Graduate Student Indicator:...........................Not a Graduate Student
Academic Period Code:........................Academic Period Box Not Checked
Method of Reporting Indicator:
 ..........................No Change in Reporting Method from the Previous Year
Amounts Billed for Qualified Tuition & Related Expenses:................$0.00
Adjustments Made for Prior Year:.......................................$138.00
Adjustments to Scholarships or Grants for a Prior Year:...............$138.00
Reimbursements/Refunds from an Insurance Contract:.....................$0.00

Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):XXXXX4061
 STAT
 FRANCH

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 13142

Submission Type:................................................Original document
Account Number (Optional):..........................................XXXXXX629A
ATAA Payments:...........................................................$0.00
Tax Withheld:............................................................$0.00
Taxable Grants:..........................................................$0.00
Unemployment Compensation:...............................................$0.00
Agricultural Subsidies:..................................................$0.00
Prior Year Refund:......................................................$10.00
Market gain on Commodity Credit Corporation loans repaid:................$0.00
Year of Refund:..........................................................2014
1099G Offset:...............Not Refund, Credit, or Offset for Trade or Business

Form 1099-R Distributions from Pensions, Annuities, Retire or  Profit-Sharing Plan

 Payer:
  Payer's Federal Identification Number (FIN):XXXXX8107
  FIDE
  100 MA

A. REDDERSEN 000121

```
Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 13142

Submission Type:.............................................Original document
Account Number (Optional):..................................XXXXXXXXXXXXXXXX1194
Distribution Code Value:
......Early Distribution, no known exception (in most cases, under age 59 1/2)
Distribution Code:...........................................................1
Distribution Code Value:....................................Not significant
Distribution Code:......................................................Blank
Tax Amount Undetermined Code:.........................................Not checked
Total Distribution Code:.........................................Total Distribution
First Year Roth Contribution:.............................................0000
SEP Indicator:..............................IRA/SEP/SIMP box not checked
Tax Withheld:.........................................................$63.00
Total Employee Contributions:..........................................$0.00
Unrealized Appreciation:...............................................$0.00
Other Income:..........................................................$0.00
Gross Distribution:.................................................$317.00
Taxable Amount:.....................................................$317.00
Eligible Capital Gains:................................................$0.00
Amount to IRR:.........................................................$0.00
```

This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000122


**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718693154

Wage and Income Transcript

SSN Provided:  XXX-XX-8629
Tax Period Requested:  December, 2016

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX5170
 TARG
 MAIL S

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE NICO REDD
 PO BOX

Submission Type:................................................Original document
Wages, Tips and Other Compensation:..............................$6,085.00
Federal Income Tax Withheld:.....................................$299.00
Social Security Wages:...........................................$6,085.00
Social Security Tax Withheld:....................................$377.00
Medicare Wages and Tips:.........................................$6,085.00
Medicare Tax Withheld:...........................................$88.00
Social Security Tips:............................................$0.00
Allocated Tips:..................................................$0.00
Dependent Care Benefits:.........................................$0.00
Deferred Compensation:...........................................$0.00
Code "Q" Nontaxable Combat Pay:..................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.....$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:............................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:............................................................$0.00
Code "R" Employer's Contribution to MSA:.........................$0.00
Code "S" Employer's Contribution to Simple Account:..............$0.00
Code "T" Expenses Incurred for Qualified Adoptions:..............$0.00
Code "V" Income from exercise of non-statutory stock options:....$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:............$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:............................................................$0.00
Third Party Sick Pay Indicator:..................................Unanswered
Retirement Plan Indicator:.......................................Unanswered
Statutory Employee:..............................................Not Statutory Employee
W2 Submission Type:..............................................Original
W2 WHC SSN Validation Code:......................................Correct SSN

A. REDDERSEN 000123

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX8879
 SIMP
 1107 E

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 13142

Submission Type:................................................Original document
Wages, Tips and Other Compensation:.....................................$1,400.00
Federal Income Tax Withheld:................................................$10.00
Social Security Wages:...................................................$1,400.00
Social Security Tax Withheld:...............................................$86.00
Medicare Wages and Tips:.................................................$1,400.00
Medicare Tax Withheld:......................................................$20.00
Social Security Tips:........................................................$0.00
Allocated Tips:..............................................................$0.00
Dependent Care Benefits:.....................................................$0.00
Deferred Compensation:.......................................................$0.00
Code "Q" Nontaxable Combat Pay:..............................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.................$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:........................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:........................................................................$0.00
Code "R" Employer's Contribution to MSA:.....................................$0.00
Code "S" Employer's Contribution to Simple Account:..........................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:..........................$0.00
Code "V" Income from exercise of non-statutory stock options:................$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.........$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.........$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:........................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:........................................................................$0.00
Third Party Sick Pay Indicator:..........................................Unanswered
Retirement Plan Indicator:...............................................Unanswered
Statutory Employee:...............................................Not Statutory Employee
W2 Submission Type:.........................................................Original
W2 WHC SSN Validation Code:..............................................Correct SSN

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX2175
 GREE
 17542

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 13142

Submission Type:................................................Original document

A. REDDERSEN 000124

```
Wages, Tips and Other Compensation:...................................$205.00
Federal Income Tax Withheld:...........................................$0.00
Social Security Wages:...............................................$205.00
Social Security Tax Withheld:.........................................$12.00
Medicare Wages and Tips:.............................................$205.00
Medicare Tax Withheld:................................................$2.00
Social Security Tips:..................................................$0.00
Allocated Tips:........................................................$0.00
Dependent Care Benefits:...............................................$0.00
Deferred Compensation:.................................................$0.00
Code "Q" Nontaxable Combat Pay:........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:...........$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:..................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:..................................................................$0.00
Code "R" Employer's Contribution to MSA:...............................$0.00
Code "S" Employer's Contribution to Simple Account:....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:....................$0.00
Code "V" Income from exercise of non-statutory stock options:..........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:..................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:..................................................................$0.00
Third Party Sick Pay Indicator:....................................Unanswered
Retirement Plan Indicator:.........................................Unanswered
Statutory Employee:..........................................Not Statutory Employee
W2 Submission Type:..................................................Original
W2 WHC SSN Validation Code:.......................................Correct SSN



                      Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX3319
 HOME
 2455 P

Employee:
 Employee's Social Security Number:XXX-XX-8689
 ATHE N REDD
 PO BOX

Submission Type:............................................Original document
Wages, Tips and Other Compensation:................................$6,184.00
Federal Income Tax Withheld:.........................................$180.00
Social Security Wages:.............................................$6,184.00
Social Security Tax Withheld:........................................$383.00
Medicare Wages and Tips:...........................................$6,184.00
Medicare Tax Withheld:................................................$89.00
Social Security Tips:..................................................$0.00
Allocated Tips:........................................................$0.00
Dependent Care Benefits:...............................................$0.00
Deferred Compensation:.................................................$0.00
Code "Q" Nontaxable Combat Pay:........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:...........$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:..................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:..................................................................$0.00
```

A. REDDERSEN 000125

```
Code "R" Employer's Contribution to MSA:...................................$0.00
Code "S" Employer's Contribution to Simple Account:.......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................$0.00
Code "V" Income from exercise of non-statutory stock options:............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:...................................................................$0.00
Third Party Sick Pay Indicator:....................................Unanswered
Retirement Plan Indicator:.........................................Unanswered
Statutory Employee:.....................................Not Statutory Employee
W2 Submission Type:..........................................................Original
W2 WHC SSN Validation Code:.......................................Correct SSN
```

```
                    Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX6599
 GARY
 19080

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 13142
```

```
Submission Type:.............................................Original document
Wages, Tips and Other Compensation:.....................................$65.00
Federal Income Tax Withheld:.............................................$0.00
Social Security Wages:..................................................$65.00
Social Security Tax Withheld:............................................$4.00
Medicare Wages and Tips:................................................$65.00
Medicare Tax Withheld:...................................................$0.00
Social Security Tips:....................................................$0.00
Allocated Tips:.........................................................$0.00
Dependent Care Benefits:................................................$0.00
Deferred Compensation:..................................................$0.00
Code "Q" Nontaxable Combat Pay:.........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "R" Employer's Contribution to MSA:................................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:..........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:...................................................................$0.00
Third Party Sick Pay Indicator:....................................Unanswered
Retirement Plan Indicator:.........................................Unanswered
Statutory Employee:.....................................Not Statutory Employee
W2 Submission Type:..........................................................Original
W2 WHC SSN Validation Code:.......................................Correct SSN
```

Form 1098-T

Payer:
 Payer's Federal Identification Number (FIN):XXXXX9872
 SADD
 28000

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 13142

Submission Type:.................................................Original document
Account Number (Optional):..............................................XXXX1800
Qualified Tuition and Related Expense:....................................$0.00
Scholarships or Grants:.................................................$276.00
Half Time Student Indicator:..............Grtr than or Eq to Half Time Student
Graduate Student Indicator:............................Not a Graduate Student
Academic Period Code:.........................Academic Period Box Not Checked
Method of Reporting Indicator:
.........................No Change in Reporting Method from the Previous Year
TIN Checkbox:.........................................................box marked
Amounts Billed for Qualified Tuition & Related Expenses:...............$276.00
Adjustments Made for Prior Year:..........................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:..................$0.00
Reimbursements/Refunds from an Insurance Contract:........................$0.00


Form 1099-C Cancellation of Debt

Creditor:
 Creditor's Federal Identification Number (FIN):XXXXX6737
 SYNC
 170 EL

Debtor:
 Debtor's Identification Number:XXX-XX-8629
 REDD ATHE
 6 TEXA

Submission Type:.................................................Original document
Account Number (Optional):...................................XXXXXXXXXXXX48T1
Date Canceled:........................................................10-18-2016
Property Fair Market Value:...............................................$0.00
Amount of Debt Discharged:..............................................$555.00
Interest Forgiven Amount:.................................................$0.00
Identifiable Event Code:.............................................By Agreement
Debt Description:.................................................CHARGE ACCOUNT
Personal Liability Indicator:....................Box checked-Personally Liable


This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000127



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718693444

Wage and Income Transcript

SSN Provided:  XXX-XX-8629
Tax Period Requested:  December, 2017

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX5170
 TARG
 7000 T

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE N REDD
 PO BOX

Submission Type:.................................................Original document
Wages, Tips and Other Compensation:.................................$12,237.00
Federal Income Tax Withheld:..............................................$91.00
Social Security Wages:..............................................$12,237.00
Social Security Tax Withheld:..........................................$758.00
Medicare Wages and Tips:............................................$12,237.00
Medicare Tax Withheld:..................................................$177.00
Social Security Tips:.......................................................$0.00
Allocated Tips:............................................................$0.00
Dependent Care Benefits:...................................................$0.00
Deferred Compensation:.....................................................$0.00
Code "Q" Nontaxable Combat Pay:............................................$0.00
Code "W" Employer Contributions to a Health Savings Account:...............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:......................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:......................................................................$0.00
Code "R" Employer's Contribution to MSA:...................................$0.00
Code "S" Employer's Contribution to Simple Account:........................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:........................$0.00
Code "V" Income from exercise of non-statutory stock options:.............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.......$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.......$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:......................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:.................................................$0.00
Third Party Sick Pay Indicator:.....................................Unanswered
Retirement Plan Indicator:..........................................Unanswered
Statutory Employee:.............................................Not Statutory Employee
W2 Submission Type:..................................................Original

A. REDDERSEN 000128

```
W2 WHC SSN Validation Code:...........................................Correct SSN
```

Form W-2 Wage and Tax Statement

```
Employer:
 Employer Identification Number (EIN):XXXXX3319
 HOME
 2455 P

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE N REDD
 PO BOX

Submission Type:..................................................Original document
Wages, Tips and Other Compensation:...................................$22,154.00
Federal Income Tax Withheld:...........................................$1,115.00
Social Security Wages:................................................$22,154.00
Social Security Tax Withheld:..........................................$1,373.00
Medicare Wages and Tips:..............................................$22,154.00
Medicare Tax Withheld:...................................................$321.00
Social Security Tips:.......................................................$0.00
Allocated Tips:.............................................................$0.00
Dependent Care Benefits:....................................................$0.00
Deferred Compensation:......................................................$0.00
Code "Q" Nontaxable Combat Pay:.............................................$0.00
Code "W" Employer Contributions to a Health Savings Account:................$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.......................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.......................................................................$0.00
Code "R" Employer's Contribution to MSA:....................................$0.00
Code "S" Employer's Contribution to Simple Account:.........................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.........................$0.00
Code "V" Income from exercise of non-statutory stock options:...............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:........$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:........$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.......................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.......................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:..................................................$0.00
Third Party Sick Pay Indicator:........................................Unanswered
Retirement Plan Indicator:.............................................Unanswered
Statutory Employee:..........................................Not Statutory Employee
W2 Submission Type:.......................................................Original
W2 WHC SSN Validation Code:...........................................Correct SSN
```

Form 1099-C Cancellation of Debt

```
Creditor:
 Creditor's Federal Identification Number (FIN):XXXXX7970
 BARC
 125 S

Debtor:
 Debtor's Identification Number:XXX-XX-8629
```

A. REDDERSEN 000129

ATHE REDD
6 TEXA

```
Submission Type:...............................................Original document
Account Number (Optional):.......................................XXXXXXXXXXXXX9503
Date Canceled:.................................................07-26-2017
Property Fair Market Value:.....................................$0.00
Amount of Debt Discharged:......................................$2,161.00
Interest Forgiven Amount:.......................................$729.00
Identifiable Event Code:........................................By Agreement
Debt Description:...............................................CREDIT CARD
Personal Liability Indicator:...................Box checked-Personally Liable
```

Form 1099-C Cancellation of Debt

Creditor:
 Creditor's Federal Identification Number (FIN):XXXXX9855
 CAPI
 1680 C

Debtor:
 Debtor's Identification Number:XXX-XX-8629
 ATHE REDD
 PO BOX

```
Submission Type:...............................................Original document
Account Number (Optional):.......................................XXXXXXXXXXXXX4753
Date Canceled:.................................................04-25-2017
Property Fair Market Value:.....................................$0.00
Amount of Debt Discharged:......................................$633.00
Interest Forgiven Amount:.......................................$0.00
Identifiable Event Code:........................................By Agreement
Debt Description:...............................................CREDIT CARDS AND LOANS
Personal Liability Indicator:...................Box checked-Personally Liable
```

Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):XXXXX4061
 STAT
 FRANCH

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 PO BOX
```
Submission Type:...............................................Original document
Account Number (Optional):.......................................XXXXXX629A
ATAA Payments:.................................................$0.00
Tax Withheld:..................................................$0.00
Taxable Grants:................................................$0.00
Unemployment Compensation:.....................................$0.00
Agricultural Subsidies:........................................$0.00
Prior Year Refund:.............................................$34.00
Market gain on Commodity Credit Corporation loans repaid:......$0.00
Year of Refund:................................................2016
1099G Offset:..............Not Refund, Credit, or Offset for Trade or Business
```

A. REDDERSEN 000130

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718693713

Wage and Income Transcript

SSN Provided: XXX-XX-8629
Tax Period Requested: December, 2018

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX5170
 TARG
 7000 T

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE NICO REDD
 PO BOX

Submission Type:..................................................Original document
Wages, Tips and Other Compensation:..............................$9,849.00
Federal Income Tax Withheld:.....................................$534.00
Social Security Wages:...........................................$9,849.00
Social Security Tax Withheld:....................................$610.00
Medicare Wages and Tips:.........................................$9,849.00
Medicare Tax Withheld:...........................................$142.00
Social Security Tips:............................................$0.00
Allocated Tips:..................................................$0.00
Dependent Care Benefits:.........................................$0.00
Deferred Compensation:...........................................$0.00
Code "Q" Nontaxable Combat Pay:..................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.....$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:............................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:............................................................$0.00
Code "R" Employer's Contribution to MSA:.........................$0.00
Code "S" Employer's Contribution to Simple Account:..............$0.00
Code "T" Expenses Incurred for Qualified Adoptions:..............$0.00
Code "V" Income from exercise of non-statutory stock options:....$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:............................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:.......................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:............................................$0.00
Third Party Sick Pay Indicator:..................................Unanswered

A. REDDERSEN 000131

```
Retirement Plan Indicator:...........................................Unanswered
Statutory Employee:................................................Not Statutory Employee
W2 Submission Type:.........................................................Original
W2 WHC SSN Validation Code:..............................................Correct SSN
```

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX3319
 HOME
 2455 P

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE N REDD
 PO BOX

```
Submission Type:.........................................................Original document
Wages, Tips and Other Compensation:...............................$16,847.00
Federal Income Tax Withheld:......................................$2,278.00
Social Security Wages:............................................$16,847.00
Social Security Tax Withheld:.....................................$1,044.00
Medicare Wages and Tips:..........................................$16,847.00
Medicare Tax Withheld:............................................$244.00
Social Security Tips:.............................................$0.00
Allocated Tips:...................................................$0.00
Dependent Care Benefits:..........................................$0.00
Deferred Compensation:............................................$0.00
Code "Q" Nontaxable Combat Pay:...................................$0.00
Code "W" Employer Contributions to a Health Savings Account:......$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.............................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.............................................................$0.00
Code "R" Employer's Contribution to MSA:..........................$0.00
Code "S" Employer's Contribution to Simple Account:...............$0.00
Code "T" Expenses Incurred for Qualified Adoptions:...............$0.00
Code "V" Income from exercise of non-statutory stock options:.....$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.............$2,269.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.............................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:........................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:.............................................$0.00
Third Party Sick Pay Indicator:...................................Unanswered
Retirement Plan Indicator:........................................Unanswered
Statutory Employee:...............................................Not Statutory Employee
W2 Submission Type:...............................................Original
W2 WHC SSN Validation Code:.......................................Correct SSN
```

Form W-2 Wage and Tax Statement

Employer:

A. REDDERSEN 000132

```
Employer Identification Number (EIN):XXXXX7541
KNOX
2250 F
```

```
Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 3943 I
```

```
Submission Type:...........................................Original document
Wages, Tips and Other Compensation:...............................$4,600.00
Federal Income Tax Withheld:........................................$454.00
Social Security Wages:............................................$4,600.00
Social Security Tax Withheld:.......................................$285.00
Medicare Wages and Tips:..........................................$4,600.00
Medicare Tax Withheld:...............................................$66.00
Social Security Tips:.................................................$0.00
Allocated Tips:......................................................$0.00
Dependent Care Benefits:.............................................$0.00
Deferred Compensation:...............................................$0.00
Code "Q" Nontaxable Combat Pay:......................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.........$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:................................................................$0.00
Code "R" Employer's Contribution to MSA:.............................$0.00
Code "S" Employer's Contribution to Simple Account:..................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:..................$0.00
Code "V" Income from exercise of non-statutory stock options:........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:..$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:..$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:...........................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):....$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:................................................$0.00
Third Party Sick Pay Indicator:..................................Unanswered
Retirement Plan Indicator:.......................................Unanswered
Statutory Employee:.........................................Not Statutory Employee
W2 Submission Type:................................................Original
W2 WHC SSN Validation Code:.....................................Correct SSN
```

```
                          Form 1098-T
```

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX9872
 SADD
 28000
```

```
Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 24731
```

```
Submission Type:...........................................Original document
Account Number (Optional):..........................................XXXX1800
```

```
Qualified Tuition and Related Expense:.................................$138.00
Scholarships or Grants:................................................$138.00
Half Time Student Indicator:.........................Less Than Half Time Student
Graduate Student Indicator:.............................Not a Graduate Student
Academic Period Code:...........................Academic Period Box Not Checked
Method of Reporting Indicator:
.............................Change in Reporting Method from the Previous year
TIN Checkbox:..............................................................box marked
Adjustments Made for Prior Year:.........................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:..................$0.00
Reimbursements/Refunds from an Insurance Contract:.......................$0.00
```

Form 1098-T

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX2272
 COAS
 1370 A

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 3943 I

Submission Type:................................................Original document
Account Number (Optional):.............................XXXXXXXXXXXXXX5186
Qualified Tuition and Related Expense:..................................$184.00
Scholarships or Grants:.................................................$184.00
Half Time Student Indicator:.........................Less Than Half Time Student
Graduate Student Indicator:.............................Not a Graduate Student
Academic Period Code:
....................Amt in Box 1 or 2 is for Period beg Jan - Mar Next Tax Year
Method of Reporting Indicator:
.............................Change in Reporting Method from the Previous year
TIN Checkbox:..............................................................box marked
Adjustments Made for Prior Year:.........................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:..................$0.00
Reimbursements/Refunds from an Insurance Contract:.......................$0.00
```

Form 1099-C Cancellation of Debt

```
Creditor:
 Creditor's Federal Identification Number (FIN):XX-XXX7984
 TD B
 2035 L

Debtor:
 Debtor's Identification Number:XXX-XX-8629
 ATHE REDD
 PO BOX

Submission Type:................................................Original document
Account Number (Optional):............................XXXXXXXXXXXX7744
Date Canceled:.........................................................07-24-2018
Property Fair Market Value:..............................................$0.00
Amount of Debt Discharged:.............................................$610.00
Interest Forgiven Amount:..............................................$484.00
```

A. REDDERSEN 000134

```
Identifiable Event Code:........................................By Agreement
Debt Description:...............................CREDIT CARD EXPENDITURE
Personal Liability Indicator:....................Box checked-Personally Liable
```

Form 1099-G

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0401
 EMPL
 800 CA

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 24731
Submission Type:...............................................Original document
Account Number (Optional):......................................................
ATAA Payments:.............................................................$0.00
Tax Withheld:............................................................$126.00
Taxable Grants:............................................................$0.00
Unemployment Compensation:.............................................$1,999.00
Agricultural Subsidies:....................................................$0.00
Prior Year Refund:.........................................................$0.00
Market gain on Commodity Credit Corporation loans repaid:..................$0.00
Year of Refund:..........................................................Not Set
1099G Offset:...............Not Refund, Credit, or Offset for Trade or Business
```

Form 1099-INT

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0155
 BAXT
 340 N.

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE NICO
 PO BOX

Submission Type:...............................................Original document
Account Number (Optional):.............................................XXXXXXX2575
Interest:.................................................................$91.00
Tax Withheld:..............................................................$0.00
Savings Bonds:.............................................................$0.00
Investment Expense:........................................................$0.00
Interest Forfeiture:.......................................................$0.00
Foreign Tax Paid:..........................................................$0.00
Tax-Exempt Interest:.......................................................$0.00
Specified Private Activity Bond Interest:..................................$0.00
Market Discount:...........................................................$0.00
Bond Premium:..............................................................$0.00
Bond Premium on Tax Exempt Bond:...........................................$0.00
Bond Premium on Treasury Obligations:......................................$0.00
Second Notice Indicator:.........................................No Second Notice
Foreign Country or US Possession:.............................................
CUSIP Number:.................................................................
FATCA Filing Requirement:.................Box not checked no Filing Requirement
```

A. REDDERSEN 000135

Form 1099 INT

Payer:
 Payer's Federal Identification Number (FIN):XXXXX6705
 NAVY
 P.O. B

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:.................................................Original document
Account Number (Optional):......................................XXXXXX2781
Interest:.......................................................$38.00
Tax Withheld:...................................................$4.00
Savings Bonds:..................................................$0.00
Investment Expense:.............................................$0.00
Interest Forfeiture:............................................$0.00
Foreign Tax Paid:...............................................$0.00
Tax-Exempt Interest:............................................$0.00
Specified Private Activity Bond Interest:.......................$0.00
Market Discount:................................................$0.00
Bond Premium:...................................................$0.00
Bond Premium on Tax Exempt Bond:................................$0.00
Bond Premium on Treasury Obligations:...........................$0.00
Second Notice Indicator:........................................No Second Notice
Foreign Country or US Possession:...............................
CUSIP Number:...................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement

Form 1099-MISC

Payer:
 Payer's Federal Identification Number (FIN):XXXXX3319
 HOME
 2455 P

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 PO BOX

Submission Type:.................................................Original document
Account Number (Optional):......................................XXXX9902
Tax Withheld:...................................................$0.00
Non-Employee Compensation:......................................$0.00
Medical Payments:...............................................$0.00
Fishing Income:.................................................$0.00
Rents:..........................................................$0.00
Royalties:......................................................$0.00
Other Income:...................................................$45,000.00
Substitute Payments for Dividends:..............................$0.00
Excess Golden Parachute:........................................$0.00
Crop Insurance:.................................................$0.00
Attorney Fees:..................................................$0.00
Foreign Tax Paid:...............................................$0.00

```
Section 409A Deferrals:.....................................................$0.00
Section 409A Income:........................................................$0.00
Direct Sales Indicator:.......................................Not Direct Sales
FATCA Filing Requirement:................Box not checked no Filing Requirement
Second Notice Indicator:.......................................No Second Notice
```

This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000137



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718693917

Wage and Income Transcript

SSN Provided: XXX-XX-8629
Tax Period Requested: December, 2019

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX5170
 TARG
 7000 T

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE NICO REDD
 PO BOX

Submission Type:..............................................................Original document
Wages, Tips and Other Compensation:.....................................$4,813.00
Federal Income Tax Withheld:....................................................$134.00
Social Security Wages:............................................................$4,813.00
Social Security Tax Withheld:.....................................................$298.00
Medicare Wages and Tips:.......................................................$4,813.00
Medicare Tax Withheld:...............................................................$69.00
Social Security Tips:......................................................................$0.00
Allocated Tips:..............................................................................$0.00
Dependent Care Benefits:.............................................................$0.00
Deferred Compensation:................................................................$0.00
Code "Q" Nontaxable Combat Pay:...............................................$0.00
Code "W" Employer Contributions to a Health Savings Account:..........$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:...........................................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:...........................................................................................$0.00
Code "R" Employer's Contribution to MSA:.....................................$0.00
Code "S" Employer's Contribution to Simple Account:......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:......................$0.00
Code "V" Income from exercise of non-statutory stock options:............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:..........................................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:.........................................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:...................................................................$0.00
Third Party Sick Pay Indicator:.................................................Unanswered

A. REDDERSEN 000138

```
Retirement Plan Indicator:.............................................Unanswered
Statutory Employee:..........................................Not Statutory Employee
W2 Submission Type:.....................................................Original
W2 WHC SSN Validation Code:.........................................Correct SSN
```

Form W-2 Wage and Tax Statement

```
Employer:
 Employer Identification Number (EIN):XXXXX7541
 KNOX
 2250 F

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:...............................................Original document
Wages, Tips and Other Compensation:.................................$6,801.00
Federal Income Tax Withheld:..........................................$641.00
Social Security Wages:.............................................$6,801.00
Social Security Tax Withheld:.........................................$421.00
Medicare Wages and Tips:...........................................$6,801.00
Medicare Tax Withheld:.................................................$98.00
Social Security Tips:....................................................$0.00
Allocated Tips:..........................................................$0.00
Dependent Care Benefits:.................................................$0.00
Deferred Compensation:...................................................$0.00
Code "Q" Nontaxable Combat Pay:..........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:....................................................................$0.00
Code "R" Employer's Contribution to MSA:.................................$0.00
Code "S" Employer's Contribution to Simple Account:......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:......................$0.00
Code "V" Income from exercise of non-statutory stock options:............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:....................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:...............................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:....................................................$0.00
Third Party Sick Pay Indicator:......................................Unanswered
Retirement Plan Indicator:...........................................Unanswered
Statutory Employee:..........................................Not Statutory Employee
W2 Submission Type:.....................................................Original
W2 WHC SSN Validation Code:.........................................Correct SSN
```

Form 5498 SA

```
Trustee:
```

A. REDDERSEN 0000139

```
Trustee's Federal Identification Number (FIN):XXXXX3620
HSA
605 N

Participant:
 Participant's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:..............................................Original document
Account Number (Optional):....................................XXXX3892
MSA Contributions:..................................................$0.00
Current Contributions:............................................$250.00
Future Contributions:...............................................$0.00
Rollover MSA Contributions:.........................................$0.00
MSA Fair Market Value:.............................................$14.00
HSA Indicator:..............................................HSA Box Checked
Archer MSA Indicator:.............................Archer MSA Box Not Checked
MA MSA Indicator:................................................Not Checked
```

                              Form 5498 SA

```
Trustee:
 Trustee's Federal Identification Number (FIN):XXXXX3620
 HSA
 605 N

Participant:
 Participant's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:..............................................Original document
Account Number (Optional):....................................XXXX5584
MSA Contributions:..................................................$0.00
Current Contributions:..............................................$0.00
Future Contributions:...............................................$0.00
Rollover MSA Contributions:.........................................$0.00
MSA Fair Market Value:..............................................$0.00
HSA Indicator:..............................................HSA Box Checked
Archer MSA Indicator:.............................Archer MSA Box Not Checked
MA MSA Indicator:................................................Not Checked
```

                               Form 1098-T

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX64U6
 UNIV
 TAX RE

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:..............................................Original document
Account Number (Optional):....................................XXXXX5309
```

A. REDDERSEN 000140

```
Qualified Tuition and Related Expense:............................$3,951.00
Scholarships or Grants:................................................$0.00
Half Time Student Indicator:........................Less Than Half Time Student
Graduate Student Indicator:..............................Not a Graduate Student
Academic Period Code:
.................Amt in Box 1 or 2 is for Period beg Jan - Mar Next Tax Year
TIN Checkbox:......................................................box marked
Adjustments Made for Prior Year:.......................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:.................$0.00
Reimbursements/Refunds from an Insurance Contract:.....................$0.00
```

Form 1098-T

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX9872
 SADD
 28000
```

```
Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 24731
```

```
Submission Type:............................................Original document
Account Number (Optional):..............................................XXXXX1800
Qualified Tuition and Related Expense:...............................$414.00
Scholarships or Grants:.............................................$1,938.00
Half Time Student Indicator:........................Less Than Half Time Student
Graduate Student Indicator:..............................Not a Graduate Student
Academic Period Code:.........................Academic Period Box Not Checked
TIN Checkbox:......................................................box marked
Adjustments Made for Prior Year:.....................................$138.00
Adjustments to Scholarships or Grants for a Prior Year:..............$138.00
Reimbursements/Refunds from an Insurance Contract:.....................$0.00
```

Form 1098-T

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX2272
 COAS
 1370 A
```

```
Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE
 3943 I
```

```
Submission Type:............................................Original document
Account Number (Optional):.........................XXXXXXXXXXXXX5186
Qualified Tuition and Related Expense:.................................$0.00
Scholarships or Grants:..............................................$444.00
Half Time Student Indicator:........................Less Than Half Time Student
Graduate Student Indicator:..............................Not a Graduate Student
Academic Period Code:.........................Academic Period Box Not Checked
TIN Checkbox:......................................................box marked
Adjustments Made for Prior Year:.......................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:................$0.00
```

Reimbursements/Refunds from an Insurance Contract:........................$0.00


Form 1098-E Student Loan Interest Statement

Recipient/Lender:
 Recipient's Federal Identification Number (FIN):XXXXX6134
 SALL
 PO BOX

Borrower:
 Borrower's Social Security Number:XXX-XX-8629
 ATHE N REDD
 3943 I


Submission Type:..................................................Original document
Account Number (Optional):...............................................N/A
Loan Origination Fees:
Checked - does not include loan origination fees and/or capitalized interest,
and the loan was made before September 1, 2004
Student Loan Interest Received by Lender:..............................$171.00


Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):XXXXX0401
 EMPL
 800 CA

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 24731
Submission Type:..................................................Original document
Account Number (Optional):...............................................
ATAA Payments:...................................................$0.00
Tax Withheld:....................................................$835.00
Taxable Grants:..................................................$0.00
Unemployment Compensation:.......................................$14,090.00
Agricultural Subsidies:..........................................$0.00
Prior Year Refund:...............................................$0.00
Market gain on Commodity Credit Corporation loans repaid:................$0.00
Year of Refund:..................................................Not Set
1099G Offset:...............Not Refund, Credit, or Offset for Trade or Business
Second TIN Notice:...............................................


Form 1099-INT

Payer:
 Payer's Federal Identification Number (FIN):XXXXX0155
 BAXT
 340 N.

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE NICO

A. REDDERSEN 000142

PO BOX

```
Submission Type:..............................................Original document
Account Number (Optional):...................................XXXXXXXXXXXXXXX8629
Interest:...............................................................$307.00
Tax Withheld:............................................................$0.00
Savings Bonds:...........................................................$0.00
Investment Expense:......................................................$0.00
Interest Forfeiture:.....................................................$0.00
Foreign Tax Paid:........................................................$0.00
Tax-Exempt Interest:.....................................................$0.00
Specified Private Activity Bond Interest:................................$0.00
Market Discount:.........................................................$0.00
Bond Premium:............................................................$0.00
Bond Premium on Tax Exempt Bond:.........................................$0.00
Bond Premium on Treasury Obligations:....................................$0.00
Second Notice Indicator:........................................No Second Notice
Foreign Country or US Possession:.............................................
CUSIP Number:.................................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
```

Form 1099-INT

Payer:
Payer's Federal Identification Number (FIN):XXXXX6705
NAVY
P.O. B

Recipient:
Recipient's Identification Number:XXX-XX-8629
ATHE N REDD
3943 I

```
Submission Type:..............................................Original document
Account Number (Optional):..........................................XXXXXX2781
Interest:................................................................$48.00
Tax Withheld:............................................................$1.00
Savings Bonds:...........................................................$0.00
Investment Expense:......................................................$0.00
Interest Forfeiture:.....................................................$0.00
Foreign Tax Paid:........................................................$0.00
Tax-Exempt Interest:.....................................................$0.00
Specified Private Activity Bond Interest:................................$0.00
Market Discount:.........................................................$0.00
Bond Premium:............................................................$0.00
Bond Premium on Tax Exempt Bond:.........................................$0.00
Bond Premium on Treasury Obligations:....................................$0.00
Second Notice Indicator:........................................No Second Notice
Foreign Country or US Possession:.............................................
CUSIP Number:.................................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
```

Form 1099-SA or 5498-SA

Payer:
Payer's Federal Identification Number (FIN):XXXXX3620
HSA

A. REDDERSEN 000143

```
605 N

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:................................................Original document
Account Number (Optional):.............................................XXXX3892
MSA Distribution Code:.......................................Normal Distribution
Earnings on Distributive Excess Contributions:...........................$0.00
MSA Gross Distributions:................................................$203.00
FMV On Date of Death:....................................................$0.00
HSA Indicator:................................................HSA Box Checked
Archer MSA Indicator:...............................Archer MSA Box Not Checked
MA MSA Indicator:...................................................Not Checked
```

This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000144

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718694332

Wage and Income Transcript

SSN Provided:  XXX-XX-8629
Tax Period Requested:  December, 2020

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX5170
 TARG
 7000 T

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE NICO REDD
 PO BOX

Submission Type:-----------------------------------------------------Original document
Wages, Tips and Other Compensation:---------------------------------$7,742.00
Federal Income Tax Withheld:----------------------------------------$445.00
Social Security Wages:----------------------------------------------$7,742.00
Social Security Tax Withheld:---------------------------------------$480.00
Medicare Wages and Tips:--------------------------------------------$7,742.00
Medicare Tax Withheld:----------------------------------------------$112.00
Social Security Tips:-----------------------------------------------$0.00
Allocated Tips:-----------------------------------------------------$0.00
Dependent Care Benefits:--------------------------------------------$0.00
Deferred Compensation:----------------------------------------------$0.00
Code "Q" Nontaxable Combat Pay:-------------------------------------$0.00
Code "W" Employer Contributions to a Health Savings Account:--------$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:---------------------------------------------------------------$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:---------------------------------------------------------------$0.00
Code "R" Employer's Contribution to MSA:----------------------------$0.00
Code "S" Employer's Contribution to Simple Account:-----------------$0.00
Code "T" Expenses Incurred for Qualified Adoptions:-----------------$0.00
Code "V" Income from exercise of non-statutory stock options:-------$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:------$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:------$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:---------------$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:---------------------------------------------------------------$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:------------------------------------------$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):-------$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:-----------------------------------------------$0.00
Third Party Sick Pay Indicator:-------------------------------------Unanswered

A. REDDERSEN 000145

```
Retirement Plan Indicator:............................................Unanswered
Statutory Employee:............................................Not Statutory Employee
W2 Submission Type:............................................Original
W2 WHC SSN Validation Code:............................................Correct SSN
```

Form W-2 Wage and Tax Statement

```
Employer:
 Employer Identification Number (EIN):XXXXX8069
 VETE
 1231 W

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 3943 I
```

```
Submission Type:............................................Original document
Wages, Tips and Other Compensation:............................................$10,864.00
Federal Income Tax Withheld:............................................$671.00
Social Security Wages:............................................$10,864.00
Social Security Tax Withheld:............................................$673.00
Medicare Wages and Tips:............................................$10,864.00
Medicare Tax Withheld:............................................$157.00
Social Security Tips:............................................$0.00
Allocated Tips:............................................$0.00
Dependent Care Benefits:............................................$0.00
Deferred Compensation:............................................$0.00
Code "Q" Nontaxable Combat Pay:............................................$0.00
Code "W" Employer Contributions to a Health Savings Account:............................................$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:............................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:............................................$0.00
Code "R" Employer's Contribution to MSA:............................................$0.00
Code "S" Employer's Contribution to Simple Account:............................................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:............................................$0.00
Code "V" Income from exercise of non-statutory stock options:............................................$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:............................................$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:............................................$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:............................................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:............................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:............................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):............................................$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:............................................$0.00
Third Party Sick Pay Indicator:............................................Unanswered
Retirement Plan Indicator:............................................Unanswered
Statutory Employee:............................................Not Statutory Employee
W2 Submission Type:............................................Original
W2 WHC SSN Validation Code:............................................Correct SSN
```

Form 1098-T

```
Payer:
```

A. REDDERSEN 000146

```
Payer's Federal Identification Number (FIN):XXXXX6406
UNIV
TAX RE

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:................................................Original document
Account Number (Optional):.......................................XXXXX5309
Qualified Tuition and Related Expense:...........................$5,118.00
Scholarships or Grants:..........................................$0.00
Half Time Student Indicator:.........................Less Than Half Time Student
Graduate Student Indicator:..............................Not a Graduate Student
Academic Period Code:
    ....................Amt in Box 1 or 2 is for Period beg Jan - Mar Next Tax Year
TIN Checkbox:....................................................box marked
Adjustments Made for Prior Year:.................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:..........$0.00
Reimbursements/Refunds from an Insurance Contract:..............$0.00
```

```
                 Form 1098-E Student Loan Interest Statement

Recipient/Lender:
 Recipient's Federal Identification Number (FIN):XXXXX6134
 SALL
 PO BOX

Borrower:
 Borrower's Social Security Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:................................................Original document
Account Number (Optional):.......................................N/A
Loan Origination Fees:
Checked - does not include loan origination fees and/or capitalized interest,
and the loan was made before September 1, 2004
Student Loan Interest Received by Lender:........................$714.00
```

```
                            Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):XXXXX4061
 STAT
 FRANCH

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 3943 I
Submission Type:................................................Original document
Account Number (Optional):.......................................XXXXXX629A
ATAA Payments:...................................................$0.00
Tax Withheld:....................................................$0.00
Taxable Grants:..................................................$0.00
Unemployment Compensation:.......................................$0.00
```

A. REDDERSEN 000147

```
Agricultural Subsidies:.....................................................$0.00
Prior Year Refund:.........................................................$110.00
Market gain on Commodity Credit Corporation loans repaid:.................$0.00
Year of Refund:...............................................................2019
1099G Offset:..............Not Refund, Credit, or Offset for Trade or Business
Second TIN Notice:.............................................................
```

Form 1099-G

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0401
 EMPL
 800 CA

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 3943 I
Submission Type:.................................................Original document
Account Number (Optional):....................................................
ATAA Payments:...............................................................$0.00
Tax Withheld:..............................................................$306.00
Taxable Grants:..............................................................$0.00
Unemployment Compensation:.............................................$21,486.00
Agricultural Subsidies:......................................................$0.00
Prior Year Refund:...........................................................$0.00
Market gain on Commodity Credit Corporation loans repaid:.................$0.00
Year of Refund:............................................................Not Set
1099G Offset:..............Not Refund, Credit, or Offset for Trade or Business
Second TIN Notice:............................................................
```

Form 1099-INT

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0155
 BAXT
 340 N.

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE NICO
 PO BOX

Submission Type:.................................................Original document
Account Number (Optional):.......................XXXXXXXXXXXXXXX8629
Interest:..................................................................$144.00
Tax Withheld:................................................................$0.00
Savings Bonds:...............................................................$0.00
Investment Expense:..........................................................$0.00
Interest Forfeiture:.........................................................$0.00
Foreign Tax Paid:............................................................$0.00
Tax-Exempt Interest:.........................................................$0.00
Specified Private Activity Bond Interest:....................................$0.00
Market Discount:.............................................................$0.00
Bond Premium:................................................................$0.00
Bond Premium on Tax Exempt Bond:.............................................$0.00
Bond Premium on Treasury Obligations:........................................$0.00
```

A. REDDERSEN 000148

```
Second Notice Indicator:......................................No Second Notice
Foreign Country or US Possession:.................................................
CUSIP Number:....................................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
```

This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000149


**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 02-05-2023
Response Date: 02-05-2023
Tracking Number: 103718694676

Wage and Income Transcript

SSN Provided:  XXX-XX-8629
Tax Period Requested:  December, 2021

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX5170
 TARG
 7000 T

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE NICO REDD
 4301 J

Submission Type:..............................................Original document
Wages, Tips and Other Compensation:..........................$5,893.00
Federal Income Tax Withheld:.................................$365.00
Social Security Wages:.......................................$5,893.00
Social Security Tax Withheld:................................$365.00
Medicare Wages and Tips:.....................................$5,893.00
Medicare Tax Withheld:.......................................$85.00
Social Security Tips:........................................$0.00
Allocated Tips:..............................................$0.00
Dependent Care Benefits:.....................................$0.00
Deferred Compensation:.......................................$0.00
Code "Q" Nontaxable Combat Pay:..............................$0.00
Code "W" Employer Contributions to a Health Savings Account:.$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:........................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:........................................................$0.00
Code "R" Employer's Contribution to MSA:.....................$0.00
Code "S" Employer's Contribution to Simple Account:..........$0.00
Code "T" Expenses Incurred for Qualified Adoptions:..........$0.00
Code "V" Income from exercise of non-statutory stock options:.$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:........................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:...................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:........................................$0.00
Third Party Sick Pay Indicator:..............................Unanswered

A. REDDERSEN 000150

```
Retirement Plan Indicator:.............................................Unanswered
Statutory Employee:.............................................Not Statutory Employee
W2 Submission Type:.....................................................Original
W2 WHC SSN Validation Code:...........................................Correct SSN
```

Form W-2 Wage and Tax Statement

```
Employer:
 Employer Identification Number (EIN):XXXXX3339
 MILL
 18301

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 4301 J
```

```
Submission Type:.................................................Original document
Wages, Tips and Other Compensation:...................................$34,948.00
Federal Income Tax Withheld:...........................................$2,986.00
Social Security Wages:................................................$34,948.00
Social Security Tax Withheld:..........................................$2,166.00
Medicare Wages and Tips:.............................................$34,948.00
Medicare Tax Withheld:...................................................$506.00
Social Security Tips:......................................................$0.00
Allocated Tips:............................................................$0.00
Dependent Care Benefits:...................................................$0.00
Deferred Compensation:.....................................................$0.00
Code "Q" Nontaxable Combat Pay:............................................$0.00
Code "W" Employer Contributions to a Health Savings Account:...............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:......................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:......................................................................$0.00
Code "R" Employer's Contribution to MSA:...................................$0.00
Code "S" Employer's Contribution to Simple Account:........................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:........................$0.00
Code "V" Income from exercise of non-statutory stock options:.............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.......$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.....................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:......................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:.................................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:......................................................$0.00
Third Party Sick Pay Indicator:......................................Unanswered
Retirement Plan Indicator:...........................................Unanswered
Statutory Employee:............................................Not Statutory Employee
W2 Submission Type:.....................................................Original
W2 WHC SSN Validation Code:...........................................Correct SSN
```

Form W-2 Wage and Tax Statement

```
Employer:
```

A. REDDERSEN 000151

Employer Identification Number (EIN):XXXXX8069
VETE
1231 W

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:.................................................Original document
Wages, Tips and Other Compensation:.................................$6,511.00
Federal Income Tax Withheld:..........................................$379.00
Social Security Wages:..............................................$6,511.00
Social Security Tax Withheld:.........................................$403.00
Medicare Wages and Tips:............................................$6,511.00
Medicare Tax Withheld:.................................................$94.00
Social Security Tips:...................................................$0.00
Allocated Tips:.........................................................$0.00
Dependent Care Benefits:................................................$0.00
Deferred Compensation:..................................................$0.00
Code "Q" Nontaxable Combat Pay:.........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:...................................................................$0.00
Code "R" Employer's Contribution to MSA:................................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:...................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:..............................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:...................................................$0.00
Third Party Sick Pay Indicator:.....................................Unanswered
Retirement Plan Indicator:..........................................Unanswered
Statutory Employee:.......................................Not Statutory Employee
W2 Submission Type:...................................................Original
W2 WHC SSN Validation Code:........................................Correct SSN

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX3319
 HOME
 2455 P

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE N REDD
 PO BOX

Submission Type:.................................................Original document
Wages, Tips and Other Compensation:......................................$0.00

A. REDDERSEN 000152

```
Federal Income Tax Withheld:......................................$0.00
Social Security Wages:............................................$0.00
Social Security Tax Withheld:.....................................$0.00
Medicare Wages and Tips:..........................................$0.00
Medicare Tax Withheld:............................................$0.00
Social Security Tips:.............................................$0.00
Allocated Tips:...................................................$0.00
Dependent Care Benefits:..........................................$0.00
Deferred Compensation:............................................$0.00
Code "Q" Nontaxable Combat Pay:...................................$0.00
Code "W" Employer Contributions to a Health Savings Account:......$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.............................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.............................................................$0.00
Code "R" Employer's Contribution to MSA:..........................$0.00
Code "S" Employer's Contribution to Simple Account:...............$0.00
Code "T" Expenses Incurred for Qualified Adoptions:...............$0.00
Code "V" Income from exercise of non-statutory stock options:.....$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.............$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.............................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:........................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:.............................................$0.00
Third Party Sick Pay Indicator:...........................Unanswered
Retirement Plan Indicator:................................Unanswered
Statutory Employee:...............................Not Statutory Employee
W2 Submission Type:.......................................Original
W2 WHC SSN Validation Code:..............................Correct SSN
```

Form W-2 Wage and Tax Statement

```
Employer:
 Employer Identification Number (EIN):XXXXX3730
 MICH
 19700

Employee:
 Employee's Social Security Number:XXX-XX-8629
 ATHE N REDD
 3943 I


Submission Type:.........................................Original document
Wages, Tips and Other Compensation:..............................$2,343.00
Federal Income Tax Withheld:.......................................$155.00
Social Security Wages:...........................................$2,343.00
Social Security Tax Withheld:......................................$145.00
Medicare Wages and Tips:.........................................$2,343.00
Medicare Tax Withheld:..............................................$33.00
Social Security Tips:................................................$0.00
Allocated Tips:......................................................$0.00
Dependent Care Benefits:.............................................$0.00
Deferred Compensation:...............................................$0.00
Code "Q" Nontaxable Combat Pay:......................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.........$0.00
```

Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan:..................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan:..................................................................$0.00
Code "R" Employer's Contribution to MSA:................................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:....$0.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan:..................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health reimbursement arrangement:...........................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close of the Calendar Year:............................................$0.00
Third Party Sick Pay Indicator:..................................Unanswered
Retirement Plan Indicator:.......................................Unanswered
Statutory Employee:....................................Not Statutory Employee
W2 Submission Type:................................................Original
W2 WHC SSN Validation Code:......................................Correct SSN


Form 1099-B Proceeds From Broker and Barter Exchange Transactions

Payer:
Payer's Federal Identification Number (FIN):XXXXX6564
DRIV
15 EXC

Recipient:
Recipient's Identification Number:XXX-XX-8629
ATHE REDD
3943 I

Submission Type:........................................Original document
Account Number:................................................XXXX2719
Date Sold or Disposed:.........................................02-01-2021
CUSIP Number:..................................................XXXXXC104
Gross Proceeds:...........................................Gross proceeds
Bartering:.........................................................$0.00
Federal Income Tax Withheld:.......................................$0.00
Proceeds:..........................................................$4.00
Aggregate Profit or (Loss):........................................$0.00
Realized Profit or (Loss):.........................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:.....................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:...................$0.00
Cost or Basis:.....................................................$5.00
Wash Sale Loss Disallowed:.........................................$0.00
Accrued Market Discount Amount:....................................$0.00
Description:......................................................0.3223
Second Notice Indicator:..............................No Second Notice
Date Acquired:.................................................02-01-2021
Noncovered Security Indicator:........................Nothing checked
Type of Gain or Loss Code:................................Short-term
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to the IRS
Loss Not Allowed Indicator:.............................................

A. REDDERSEN 000154

FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:.................................................Box not checked


Form 1099-B Proceeds From Broker and Barter Exchange Transactions

Payer:
 Payer's Federal Identification Number (FIN):XXXXX6564
 DRIV
 15 EXC

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:.........................................Original document
Account Number:.................................................XXXX2720
Date Sold or Disposed:.........................................06-17-2021
CUSIP Number:..................................................XXXXXQ107
Gross Proceeds:.............................................Gross proceeds
Bartering:........................................................$0.00
Federal Income Tax Withheld:......................................$0.00
Proceeds:.......................................................$232.00
Aggregate Profit or (Loss):.......................................$0.00
Realized Profit or (Loss):........................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:.....................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:...................$0.00
Cost or Basis:..................................................$339.00
Wash Sale Loss Disallowed:........................................$0.00
Accrued Market Discount Amount:...................................$0.00
Description:.....................................................1.0000
Second Notice Indicator:................................No Second Notice
Date Acquired:................................................00-00-0000
Noncovered Security Indicator:..........................Nothing checked
Type of Gain or Loss Code:...............................Short-term
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to
the IRS
Loss Not Allowed Indicator:............................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:.................................................Box not checked


Form 1099-B Proceeds From Broker and Barter Exchange Transactions

Payer:
 Payer's Federal Identification Number (FIN):XXXXX6564
 DRIV
 15 EXC

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:.........................................Original document
Account Number:.................................................XXXX2721
Date Sold or Disposed:.........................................06-17-2021

```
CUSIP Number:.....................................................XXXXXQ107
Gross Proceeds:.............................................Gross proceeds
Bartering:...............................................................$0.00
Federal Income Tax Withheld:............................................$0.00
Proceeds:...............................................................$0.00
Aggregate Profit or (Loss):.............................................$0.00
Realized Profit or (Loss):..............................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:...........................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:.........................$0.00
Cost or Basis:..........................................................$0.00
Wash Sale Loss Disallowed:..............................................$0.00
Accrued Market Discount Amount:.........................................$0.00
Description:...........................................................0.0008
Second Notice Indicator:.......................................No Second Notice
Date Acquired:.....................................................04-19-2021
Noncovered Security Indicator:..................................Nothing checked
Type of Gain or Loss Code:..........................................Short-term
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to
the IRS
Loss Not Allowed Indicator:.............................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:.................................................Box not checked
```

```
        Form 1099-B Proceeds From Broker and Barter Exchange Transactions

Payer:
 Payer's Federal Identification Number (FIN):XXXXX6564
 DRIV
 15 EXC

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:................................................Original document
Account Number:.......................................................XXXX2722
Date Sold or Disposed:..............................................02-08-2021
CUSIP Number:.....................................................XXXXX7106
Gross Proceeds:.............................................Gross proceeds
Bartering:..............................................................$0.00
Federal Income Tax Withheld:............................................$0.00
Proceeds:..............................................................$10.00
Aggregate Profit or (Loss):.............................................$0.00
Realized Profit or (Loss):..............................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:...........................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:.........................$0.00
Cost or Basis:.........................................................$10.00
Wash Sale Loss Disallowed:..............................................$0.00
Accrued Market Discount Amount:.........................................$0.00
Description:...........................................................0.0575
Second Notice Indicator:.......................................No Second Notice
Date Acquired:.....................................................00-00-0000
Noncovered Security Indicator:..................................Nothing checked
Type of Gain or Loss Code:..........................................Short-term
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to
the IRS
Loss Not Allowed Indicator:.............................................
```

A. REDDERSEN 000156

```
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:.....................................................Box not checked
```

Form 1099-B Proceeds From Broker and Barter Exchange Transactions

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX6564
 DRIV
 15 EXC

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:........................................Original document
Account Number:..................................................XXXX2723
Date Sold or Disposed:..........................................02-08-2021
CUSIP Number:...................................................XXXXXL106
Gross Proceeds:............................................Gross proceeds
Bartering:...........................................................$0.00
Federal Income Tax Withheld:.........................................$0.00
Proceeds:...........................................................$10.00
Aggregate Profit or (Loss):..........................................$0.00
Realized Profit or (Loss):...........................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:........................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:......................$0.00
Cost or Basis:......................................................$10.00
Wash Sale Loss Disallowed:...........................................$0.00
Accrued Market Discount Amount:......................................$0.00
Description:........................................................0.0183
Second Notice Indicator:.................................No Second Notice
Date Acquired:.................................................00-00-0000
Noncovered Security Indicator:..........................Nothing checked
Type of Gain or Loss Code:.................................Short-term
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to
the IRS
Loss Not Allowed Indicator:.................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:.....................................................Box not checked
```

Form 1099-B Proceeds From Broker and Barter Exchange Transactions

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX6564
 DRIV
 15 EXC

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:........................................Original document
Account Number:..................................................XXXX2724
Date Sold or Disposed:..........................................02-08-2021
```

A. REDDERSEN 000157

```
CUSIP Number:.................................................XXXXXR101
Gross Proceeds:............................................Gross proceeds
Bartering:.........................................................$0.00
Federal Income Tax Withheld:.......................................$0.00
Proceeds:.........................................................$10.00
Aggregate Profit or (Loss):........................................$0.00
Realized Profit or (Loss):.........................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:.....................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:...................$0.00
Cost or Basis:...................................................$10.00
Wash Sale Loss Disallowed:.........................................$0.00
Accrued Market Discount Amount:....................................$0.00
Description:.......................................................0.0118
Second Notice Indicator:..............................No Second Notice
Date Acquired:.................................................00-00-0000
Noncovered Security Indicator:.........................Nothing checked
Type of Gain or Loss Code:..................................Short-term
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to
the IRS
Loss Not Allowed Indicator:.......................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:.......................................Box not checked


         Form 1099-B Proceeds From Broker and Barter Exchange Transactions

Payer:
 Payer's Federal Identification Number (FIN):XXXXX6564
 DRIV
 15 EXC

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE REDD
 3943 I

Submission Type:....................................Original document
Account Number:...............................................XXXX2725
Date Sold or Disposed:.......................................02-08-2021
CUSIP Number:................................................XXXXXT102
Gross Proceeds:............................................Gross proceeds
Bartering:.........................................................$0.00
Federal Income Tax Withheld:.......................................$0.00
Proceeds:..........................................................$9.00
Aggregate Profit or (Loss):........................................$0.00
Realized Profit or (Loss):.........................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:.....................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:...................$0.00
Cost or Basis:...................................................$10.00
Wash Sale Loss Disallowed:.........................................$0.00
Accrued Market Discount Amount:....................................$0.00
Description:.......................................................0.0294
Second Notice Indicator:..............................No Second Notice
Date Acquired:.................................................00-00-0000
Noncovered Security Indicator:.........................Nothing checked
Type of Gain or Loss Code:..................................Short-term
Applicable Check Box on Form 8949:
Short term transaction for which the cost or other basis is being reported to
the IRS
Loss Not Allowed Indicator:.......................................
```

A. REDDERSEN 000158

```
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:...................................................Box not checked
```

Form 1099-B Proceeds From Broker and Barter Exchange Transactions

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX9876
 BLOC
 1455 M

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:..................................................Original document
Account Number:..............................................XXXXXX94T2
Date Sold or Disposed:........................................02-03-2021
CUSIP Number:...............................................XXXXXXXXX0000
Gross Proceeds:.............................................Nothing checked
Bartering:......................................................$0.00
Federal Income Tax Withheld:....................................$0.00
Proceeds:.......................................................$2.00
Aggregate Profit or (Loss):.....................................$0.00
Realized Profit or (Loss):......................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:...................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:.................$0.00
Cost or Basis:..................................................$0.00
Wash Sale Less Disallowed:......................................$0.00
Accrued Market Discount Amount:.................................$0.00
Description:...................................................SEE DE
Second Notice Indicator:................................No Second Notice
Date Acquired:...............................................00-00-0000
Noncovered Security Indicator:...Noncovered Security Basis not reported to IRS
Type of Gain or Loss Code:
Applicable Check Box on Form 8949:
Transaction if you cannot determine whether the recipient should check Box B
or Box E on Form 8949 because the holding period is unknown
Loss Not Allowed Indicator:.....................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:...................................................Box not checked
```

Form 1099-B Proceeds From Broker and Barter Exchange Transactions

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX9876
 BLOC
 1455 M

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:..................................................Original document
Account Number:..............................................XXXXXX62T2
Date Sold or Disposed:........................................11-08-2021
```

A. REDDERSEN 000159

```
CUSIP Number:...............................................XXXXXXXXX0000
Gross Proceeds:....................................................Nothing checked
Bartering:.........................................................$0.00
Federal Income Tax Withheld:.......................................$0.00
Proceeds:..........................................................$3,038.00
Aggregate Profit or (Loss):........................................$0.00
Realized Profit or (Loss):.........................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:......................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:....................$0.00
Cost or Basis:.....................................................$0.00
Wash Sale Loss Disallowed:.........................................$0.00
Accrued Market Discount Amount:....................................$0.00
Description:.......................................................SEE DE
Second Notice Indicator:...........................................No Second Notice
Date Acquired:.....................................................00-00-0000
Noncovered Security Indicator:...Noncovered Security Basis not reported to IRS
Type of Gain or Loss Code:............................................
Applicable Check Box on Form 8949:
Transaction if you cannot determine whether the recipient should check Box B
or Box E on Form 8949 because the holding period is unknown
Loss Not Allowed Indicator:...........................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:.........................................Box not checked
```

```
        Form 1099-B Proceeds From Broker and Barter Exchange Transactions

Payer:
 Payer's Federal Identification Number (FIN):XXXXX9876
 BLOC
 1455 M

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:...................................................Original document
Account Number:....................................................XXXXXX70T2
Date Sold or Disposed:.............................................10-20-2021
CUSIP Number:......................................................XXXXXXXXX0000
Gross Proceeds:....................................................Nothing checked
Bartering:.........................................................$0.00
Federal Income Tax Withheld:.......................................$0.00
Proceeds:..........................................................$1,083.00
Aggregate Profit or (Loss):........................................$0.00
Realized Profit or (Loss):.........................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:......................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:....................$0.00
Cost or Basis:.....................................................$0.00
Wash Sale Loss Disallowed:.........................................$0.00
Accrued Market Discount Amount:....................................$0.00
Description:.......................................................SEE DE
Second Notice Indicator:...........................................No Second Notice
Date Acquired:.....................................................00-00-0000
Noncovered Security Indicator:...Noncovered Security Basis not reported to IRS
Type of Gain or Loss Code:............................................
Applicable Check Box on Form 8949:
Transaction if you cannot determine whether the recipient should check Box B
or Box E on Form 8949 because the holding period is unknown
Loss Not Allowed Indicator:...........................................
```

```
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from:...............................................Box not checked
```

Form 1098-T

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX6406
 UNIV
 TAX RE

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:...............................................Original document
Account Number (Optional):.........................................XXXXX5309
Qualified Tuition and Related Expense:................................$125.00
Scholarships or Grants:..................................................$0.00
Half Time Student Indicator:.............................................
Graduate Student Indicator:..............................................
Academic Period Code:.......................................................N/A
TIN Checkbox:...........................................................box marked
Adjustments Made for Prior Year:........................................$0.00
Adjustments to Scholarships or Grants for a Prior Year:.................$0.00
Reimbursements/Refunds from an Insurance Contract:.....................$0.00
```

Form 1098-E Student Loan Interest Statement

```
Recipient/Lender:
 Recipient's Federal Identification Number (FIN):XXXXX6134
 SALL
 PO BOX

Borrower:
 Borrower's Social Security Number:XXX-XX-8629
 ATHE N REDD
 3943 I

Submission Type:...............................................Original document
Account Number (Optional):..............................................N/A
Loan Origination Fees:
Checked - does not include loan origination fees and/or capitalized interest,
and the loan was made before September 1, 2004
Student Loan Interest Received by Lender:..............................$237.00
```

Form 1099-G

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX4061
 STAT
 FRANCH

Recipient:
 Recipient's Identification Number:XXX-XX-8629
```

A. REDDERSEN 000161

```
REDD ATHE N
4301 J
Submission Type:.............................................Original document
Account Number (Optional):................................... XXXXXX629A
ATAA Payments:.................................................$0.00
Tax Withheld:.................................................$0.00
Taxable Grants:...............................................$0.00
Unemployment Compensation:....................................$0.00
Agricultural Subsidies:.......................................$0.00
Prior Year Refund:..........................................$147.00
Market gain on Commodity Credit Corporation loans repaid:.................$0.00
Year of Refund:................................................2020
1099G Offset:..............Not Refund, Credit, or Offset for Trade or Business
Second TIN Notice:..........................................................
```

Form 1099-G

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0401
 EMPL
 800 CA

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE N
 4301 J
Submission Type:.............................................Original document
Account Number (Optional):..................................................
ATAA Payments:................................................$0.00
Tax Withheld:.................................................$0.00
Taxable Grants:...............................................$0.00
Unemployment Compensation:................................$2,783.00
Agricultural Subsidies:.......................................$0.00
Prior Year Refund:............................................$0.00
Market gain on Commodity Credit Corporation loans repaid:.................$0.00
Year of Refund:..............................................Not Set
1099G Offset:..............Not Refund, Credit, or Offset for Trade or Business
Second TIN Notice:..........................................................
```

Form 1099-INT

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0155
 BAXT
 340 N.

Recipient:
 Recipient's Identification Number:XXX-XX-8629
 REDD ATHE NICO
 PO BOX

Submission Type:.............................................Original document
Account Number (Optional):...........................XXXXXXXXXXXXXX8629
Interest:....................................................$28.00
Tax Withheld:.................................................$0.00
Savings Bonds:................................................$0.00
Investment Expense:...........................................$0.00
```

A. REDDERSEN 000162

```
Interest Forfeiture:........................................................$0.00
Foreign Tax Paid:..........................................................$0.00
Tax-Exempt Interest:.......................................................$0.00
Specified Private Activity Bond Interest:..................................$0.00
Market Discount:...........................................................$0.00
Bond Premium:..............................................................$0.00
Bond Premium on Tax Exempt Bond:...........................................$0.00
Bond Premium on Treasury Obligations:......................................$0.00
Second Notice Indicator:......................................No Second Notice
Foreign Country or US Possession:..........................................
CUSIP Number:..............................................................
FATCA Filing Requirement:...............Box not checked no Filing Requirement
```

This Product Contains Sensitive Taxpayer Data

A. REDDERSEN 000163

Exhibit V

 Gmail

Athena Reddersen <reddersen.athena@gmail.com>

## Newport Affordable Apartments: Application Process
2 messages

**Chris Bowen** ▬▬▬▬▬▬▬▬▬▬▬                                    Sun, Dec 6, 2020 at 11:28 AM

Hello,

I have attached the application for Newport Affordable Apartments. Please complete
one application per household. There are 2 options for submitting your application:

1. Email directly to: ▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬

2. Mail or Drop Off: WeWork c/o Chris Bowen or Selina Calderon

   ▬▬▬▬▬▬▬   Newport Beach, CA 92660

Please be sure to enter all adult's (18 years or older) full name & full social security numbers on the top of
the application to start the screening process.

Thanks,

        **Chris Bowen**
        **Newport Affordable Apartments**
        **Compliance Consultant**
        ▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬

📄 **Application.pdf**
362K

Athena Reddersen <reddersen.athena@gmail.com>                      Thu, Dec 10, 2020 at 8:04 AM
To: Chris Bowen ▬▬▬▬▬▬▬▬▬

Hello.

I am confirming receipt of your email. I just uploaded my application into the box cloud.

Thank you, Chris.

Athena N. Reddersen


[Quoted text hidden]

 Gmail

Athena Reddersen <reddersen.athena@gmail.com>

**███████ Newport**

35 messages

**Chris Bowen** ███████████████████
To: Athena Reddersen <reddersen.athena@gmail.com>

Sun, Mar 7, 2021 at 9:38 AM

Hi Athena,

I was able to get your file approved. Is there a day you have in mind for move in?

Thanks.

**Athena Reddersen** <reddersen.athena@gmail.com>
To: Chris Bowen ████████████████

Sun, Mar 7, 2021 at 9:51 AM

Hi Chris. That is great news. Is the weekend of March 26 too late?
[Quoted text hidden]
--
Athena N. Reddersen
███████████

**Chris Bowen** ████████████████
To: Athena Reddersen <reddersen.athena@gmail.com>

Sun, Mar 7, 2021 at 9:55 AM

The 21st would be the last date we can hold the unit.

From: Athena Reddersen <reddersen.athena@gmail.com>
Sent: Sunday, March 7, 2021 12:51:47 PM
To: Chris Bowen ████████████████
Subject: Re: One Uptown Newport

[Quoted text hidden]

**Athena Reddersen** <reddersen.athena@gmail.com>
To: Chris Bowen ████████████████

Sun, Mar 7, 2021 at 10:00 AM

[Quoted text hidden]

**Athena Reddersen** <reddersen.athena@gmail.com>
To: Chris Bowen ████████████████

Sun, Mar 7, 2021 at 10:05 AM

[Quoted text hidden]

A_REDDERSEN 000165

Exhibit W

REDDERSEN 000166

# Saddleback College

Upon the recommendation of the faculty and under
the authorization granted by the Board of Governors of
the California Community Colleges, hereby confers upon

## Athena Nicole Reddersen

the Degree of

### Associate in Arts

#### Liberal Studies

With all rights, privileges and honors appertaining thereto
given at Mission Viejo, California
this eleventh day of August, two thousand and nineteen.

President

District Chancellor

President, Board of Trustees

Clerk, Board of Trustees

# Saddleback College

Mission Viejo, California

## Certificate of Achievement

Awarded to

Athena Nicole Reddersen

who has satisfactorily completed
the program of prescribed courses in

General Education: CSU

August 11, 2019

President

District Chancellor

President, Board of Trustees



A. REDDERSEN-000167
Clerk, Board of Trustees

TRANSCRIPT IS UNOFFICIAL IF SEAL ON ENVELOPE IS BROKEN   TRANSCRIPT GUIDE PRINTED ON BACK

Aug 21, 2019
10:55 AM

SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT
STUDENT PERMANENT RECORD

Page 1

Saddleback College
28000 Marguerite Parkway
Mission Viejo CA 92692-3635
(949) 582-4555

ID NUMBER: **351152**   NAME: **REDDERSEN, ATHENA NICOLE**   BIRTHDATE: **04/09/XX**   SSN: **XXX-XXX-8629**

| DEPT | COURSE NO | COURSE TITLE | UNITS ENROLL | UNITS ATTEMPT | GRADE | * | UNITS COMPLETE | GRADE POINTS | GPA | GEC | IGETC |
|------|-----------|--------------|--------------|---------------|-------|---|----------------|--------------|-----|-----|-------|
| | | **Spring Semester 2013** | | | | | | | | | |
| HIST | 17 | HIST OF US SINCE 1876 | 3.00 | 3.00 | A | | 3.00 | 12.00 | | D6 | 4F |
| | | Semester Total | 3.00 | 3.00 | | | 3.00 | 12.00 | 4.00 | | |
| | | Cumulative Total | 3.00 | 3.00 | | | 3.00 | 12.00 | 4.00 | | |
| | | **Summer Session 2013** | | | | | | | | | |
| ANTH | 1L | BIO ANTH LAB | 1.00 | 1.00 | D | | 1.00 | 1.00 | | B3 | 5B |
| ANTH | 1 | BIOLOGICAL ANTHRO | 3.00 | 3.00 | B | | 3.00 | 9.00 | | B2 | 5B |
| BUS | 14 | LEGAL ENVIRON OF BUS | 3.00 | (3.00) | W | | 07-16 | | | | NA |
| | | Semester Total | 7.00 | 4.00 | | | 4.00 | 10.00 | 2.50 | | |
| | | Cumulative Total | 10.00 | 7.00 | | | 7.00 | 22.00 | 3.14 | | |
| | | **Spring Semester 2014** | | | | | | | | | |
| SOC | 1 | INTRO TO SOCIOLOGY | 3.00 | (3.00) | NP | | | | | | 4J |
| SOC | 2 | SOCIAL PROBLEMS | 3.00 | (3.00) | NP | | | | | | |
| | | Semester Total | 6.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | | |
| | | Cumulative Total | 16.00 | 7.00 | | | 7.00 | 22.00 | 3.14 | | |
| | | **Spring Semester 2016** | | | | | | | | | |
| CIMN | 100 | COMP OPER SYS:WINDOWS | 3.00 | (3.00) | NP | | | | | | NA |
| CTVR | 5 | INTERNATIONAL CINEMA | 3.00 | (3.00) | NP | | | | | | 3A |
| | | Semester Total | 6.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | | |
| | | Cumulative Total | 22.00 | 7.00 | | | 7.00 | 22.00 | 3.14 | | |
| | | **Spring Semester 2019** | | | | | | | | | |
| ENG | 1B | PRIN OF COMPOSITION 2 | 3.00 | 3.00 | A | | 3.00 | 12.00 | | A3 | 1B |
| | | Semester Total | 3.00 | 3.00 | | | 3.00 | 12.00 | 4.00 | | |
| | | Cumulative Total | 25.00 | 10.00 | | | 10.00 | 34.00 | 3.40 | | |
| | | **Summer Session 2019** | | | | | | | | | |
| CTVR | 7 | CROSS CULTURAL CINEMA | 3.00 | 3.00 | A | | 3.00 | 12.00 | | C1 | 3A |
| MATH | 103 | MATHEMATICAL IDEAS | 3.00 | (3.00) | P | | 3.00 | | | B4 | NA |
| | | Semester Total | 6.00 | 3.00 | | | 6.00 | 12.00 | 4.00 | | |
| | | Cumulative Total | 31.00 | 13.00 | | | 16.00 | 46.00 | 3.54 | | |

Certificate of Achievement Granted: 08/11/19
Field: General Education: CSU

CSU GEC Full Transfer Certification 08/19/19
Area A:Yes;Area B:Yes;Area C:Yes; Area D:Yes;Area E:Yes;American Institutions:Yes

Associate in Arts Degree Granted: 08/11/19
Major: Liberal Studies

| | UNITS ENROLL | UNITS ATTEMPT | UNITS COMPLETE | GRADE POINTS | GPA |
|--|--|--|--|--|--|
| CUMULATIVE TOTAL | 31.00 | 13.00 | 16.00 | 46.00 | 3.54 |

END OF STUDENT PERMANENT RECORD

THIS COPY DELIVERED TO
STUDENT IN SEALED ENVELOPE

This officially sealed and signed transcript is printed on SCRIP-SAFE® security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. Federal law prohibits access to this record by any other party without written consent of the student.

REDDERSEN 000168
Christian Alvarado
Dean, Enrollment Services

TRANSCRIPT IS VALID ONLY WHEN THE WHITE SIGNATURE OF THE REGISTRAR APPEARS UNDISTORTED

THE WORDS "SADDLEBACK COLLEGE" AND "VOID" APPEAR ON ALTERNATE ROWS WHEN PHOTOCOPIED

TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE FROM BOTH SIDES OF TRANSCRIPT WHEN HELD TOWARD A LIGHT SOURCE

Case 8:23-cv-02193-DOC-ADS Document 11 Filed 10/22/23 Page 95 of 105 Page ID #:192

SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT
STUDENT PERMANENT RECORD

Irvine Valley College
5500 Irvine Center Drive
Irvine CA 92618
(949) 451-5220

ID NUMBER: 351152    NAME: REDDERSEN, ATHENA NICOLE    BIRTHDATE: 04/09/XX    SSN: XXX-XXX-8629

| DEPT | COURSE NO | COURSE TITLE | UNITS ENROLL | UNITS ATTEMPT | GRADE | * | UNITS COMPLETE | GRADE POINTS | GPA | GEC | IGETC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Fall Semester 2012** | | | | | | | | | |
| ARTH | 115 | COLLECTIONS MGMT | 3.00 | 3.00 | B | | 3.00 | 9.00 | | TR | NA |
| ENVT | 185 | ZERO WASTE | 3.00 | 3.00 | A | | 3.00 | 12.00 | | TR | NA |
| KNES | 3A | Life Fitness Center I | 1.00 | (1.00) | P | | 1.00 | | | TR | |
| | | **Semester Total** | 7.00 | 6.00 | | | 7.00 | 21.00 | 3.50 | | |
| | | **Cumulative Total** | 7.00 | 6.00 | | | 7.00 | 21.00 | 3.50 | | |
| | | **Spring Semester 2013** | | | | | | | | | |
| ACCT | 1A | Financial Accounting | 4.00 | (4.00) | W | | 03-23 | | | | |
| CS | 1 | INTRO TO COMP SYSTEMS | 3.00 | 3.00 | A | | 3.00 | 12.00 | | TR | NA |
| KNES | 3A | Life Fitness Center I | 1.00 | (1.00) | P | | 1.00 | | | TR | |
| MATH | 351 | ARITH/PRE-ALGEBRA | 3.00 | 3.00 | C | | 3.00 | 6.00 | | | NA |
| MATH | 351L | Math 351 Lrng Assist | 0.00 | 0.00 | | | 0.00 | | | | |
| MGT | 104 | BUS COMMUNICATION | 3.00 | 3.00 | B | | 3.00 | 9.00 | | TR | NA |
| | | **Semester Total** | 14.00 | 9.00 | | | 10.00 | 27.00 | 3.00 | | |
| | | **Cumulative Total** | 21.00 | 15.00 | | | 17.00 | 48.00 | 3.20 | | |
| | | **Fall Semester 2013** | | | | | | | | | |
| COMM | 105 | INTERPERSONAL COMMUN | 3.00 | 3.00 | B | | 3.00 | 9.00 | | D7 | NA |
| JRNL | 40 | Mass Media & Society | 3.00 | 3.00 | B | | 3.00 | 9.00 | | D7 | 4G |
| KNES | 3B | LIFE FITNESS CNTR II | 1.50 | (1.50) | NP | | | | | | NA |
| MATH | 353 | ELEMENTARY ALGEBRA | 5.00 | (5.00) | NP | | | | | | |
| | | **Semester Total** | 12.50 | 6.00 | | | 6.00 | 18.00 | 3.00 | | |
| | | **Cumulative Total** | 33.50 | 21.00 | | | 23.00 | 66.00 | 3.14 | | |
| | | **Spring Semester 2014** | | | | | | | | | |
| ART | 80 | DRAWING FUNDAMENTALS | 3.00 | 3.00 | F | | | | | | NA |
| MATH | 353 | ELEMENTARY ALGEBRA | 5.00 | (5.00) | W | | 04-14 | | | | |
| | | **Semester Total** | 8.00 | 3.00 | | | 0.00 | 0.00 | 0.00 | | |
| | | **Cumulative Total** | 41.50 | 24.00 | | | 23.00 | 66.00 | 2.75 | | |
| | | **Fall Semester 2014** | | | | | | | | | |
| LGL | 206A | Civil Litigation I | 3.00 | 3.00 | A | | 3.00 | 12.00 | | | |
| MATH | 353 | ELEMENTARY ALGEBRA | 5.00 | (5.00) | W | | 10-18 | | | | |
| | | **Semester Total** | 8.00 | 3.00 | | | 3.00 | 12.00 | 4.00 | | |
| | | **Cumulative Total** | 49.50 | 27.00 | | | 26.00 | 78.00 | 2.89 | | |
| | | **Spring Semester 2015** | | | | | | | | | |
| LGL | 206B | Civil Litigation II | 3.00 | (3.00) | W | | 03-19 | | | | |
| | | **Semester Total** | 3.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | | |
| | | **Cumulative Total** | 52.50 | 27.00 | | | 26.00 | 78.00 | 2.89 | | |
| **CUMULATIVE TOTAL** | | | 52.50 | 27.00 | | | 26.00 | 78.00 | 2.89 | | |

END OF STUDENT PERMANENT RECORD

This information has been released in accordance with provisions of the
Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99)
and cannot be released to another party without the written consent of the student.

Dean of Enrollment Services

REDDERSEN 000169

TamperSafe®
Patent 5,775,245

NOTE: TAMPERSAFE® HOLOGRAM CHANGES IMAGES WHEN VIEWED AT DIFFERENT ANGLES

TOUCH OR BREATHE ON TOUCHSAFE™ FINGERPRINT TO VALIDATE TRANSCRIPT

TRANSCRIPT HAS AN ENCRYPTED NaNOcopy™ BACKGROUND • THE WORD VOID APPEARS WHEN PHOTOCOPIED

# LOS ANGELES COMMUNITY COLLEGE DISTRICT
CITY / EAST / HARBOR / MISSION / PIERCE / SOUTHWEST / TRADE-TECHNICAL / VALLEY / WEST

Page 1 of 2

**Official Transcript**

Name: Reddersen,Athena N
Student ID: 882479318

SSN: XXX-XX-8629
Birthdate: April-9-XXXX
Print Date: Apr 22, 2019

Send To: ATHENA NICOLE REDDERSEN
24731 SAN ADNRES LN
MISSION VIEJO, CA 92691-4926

**Beginning of Credit Record**

**2010 Fall (Aug 30, 2010 - Dec 19, 2010)**

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| CH DEV | 001 | ELAC | Child Growth&Develop | 3.00 | 3.00 | A | 12 | CSU/UC |
| HEALTH | 011 | ELAC | Prin Healthful Livng | 3.00 | 3.00 | A | 12 | CSU/UC |
| SOC | 021 | ELAC | Human Sexuality | 3.00 | 3.00 | C | 6 | CSU/UC |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points | |
|---|---|---|---|---|---|---|---|---|
| Term GPA | 3.33 | | Term Totals | 9.00 | 9.00 | 9.00 | 30 | |
| Cum GPA | 3.33 | | Cum Totals | 9.00 | 9.00 | 9.00 | 30 | |
| Cum GPA w/o NDA | 3.33 | | | 9.00 | 9.00 | | 30 | |

**2011 Spring (Feb 7, 2011 - Jun 6, 2011)**

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| EARTH | 001 | ELAC | Earth Science | 3.00 | 3.00 | B | 9 | CSU/UC |
| ENGLISH | 101 | ELAC | College Rdg&Comp I | 3.00 | 3.00 | B | 9 | CSU/UC |
| HISTORY | 007 | ELAC | World Great Religion | 3.00 | 3.00 | B | 9 | CSU/UC |
| PSYCH | 064 | ELAC | Intr To Alcohol | 3.00 | 3.00 | B | 9 | CSU |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points | |
|---|---|---|---|---|---|---|---|---|
| Term GPA | 3.00 | | Term Totals | 12.00 | 12.00 | 12.00 | 36 | |
| Cum GPA | 3.14 | | Cum Totals | 21.00 | 21.00 | 21.00 | 66 | |
| Cum GPA w/o NDA | 3.14 | | | 21.00 | 21.00 | | 66 | |

**2011 Fall (Aug 29, 2011 - Dec 18, 2011)**

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| ENGLISH | 103 | ELAC | Com/Critical Thinkin | 3.00 | 0.00 | W | 0 | CSU/UC |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points | |
|---|---|---|---|---|---|---|---|---|
| Term GPA | 0.00 | | Term Totals | 3.00 | 0.00 | 0.00 | 0 | |
| Cum GPA | 3.14 | | Cum Totals | 24.00 | 21.00 | 21.00 | 66 | |
| Cum GPA w/o NDA | 3.14 | | | 24.00 | 21.00 | | 66 | |

**REJECT DOCUMENT IF SIGNATURE OR SEAL IS DISTORTED · AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND**

**Anna Salazar**
Registrar

**East Los Angeles College**
1301 Avenida Cesar Chavez, Monterey Park, CA 91754
(323) 265-8712 | www.elac.edu

This officially sealed and signed transcript is printed on blue SCRIP-SAFE® Security paper with the signature printed in white. A raised seal is not required. When photocopied, a security statement... OR COLOR COPY SHOULD NOT BE ACCEPTED.
To be valid, this POSTALBOXX™ field must display a colored background.

REDDERSEN 000170

THE COLLEGE NAME APPEARS IN WHITE PRINT ACROSS THE FACE OF THIS 8.5X11 INCH RECORD

TRANSCRIPT IS PRINTED ON SCRIP-SAFE® SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

# LOS ANGELES COMMUNITY COLLEGE DISTRICT
CITY / EAST / HARBOR / MISSION / PIERCE / SOUTHWEST / TRADE-TECHNICAL / VALLEY / WEST

Page 2 of 2

**Official Transcript**

Name:       Reddersen,Athena N
Student ID:   882479318

**Credit Career Totals**

| | | | Units Attempted | Units Earned | GPA Units | Grade Points |
|---|---|---|---|---|---|---|
| Cum GPA: | 3.14 | Cum Totals | 24.00 | 21.00 | 21.00 | 66 |

**Beginning of Non Credit Record**

NO WORK COMPLETED

End of Official Transcript

REJECT DOCUMENT IF SIGNATURE OR SEAL IS DISTORTED · AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND

**Anna Salazar**
**Registrar**

**East Los Angeles College**
1301 Avenida Cesar Chavez, Monterey Park, CA 91754
(323) 265-8712 | www.elac.edu

This officially sealed and signed transcript is printed on blue SCRIP-SAFE® Security paper with the signature printed in white. A raised seal is not required. When photocopied, a security statement appears. SCRIP-SAFE® SECURITY products appear as BLACK ON WHITE OR COLOR COPY SHOULD NOT BE ACCEPTED.
To be valid, this POSTALBOXX™ field must display a colored background.

REDDERSEN 000171

TRANSCRIPT IS PRINTED ON SCRIP-SAFE® SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

THE COLLEGE NAME APPEARS IN WHITE PRINT ACROSS THE FACE OF THIS 8 5X11 INCH RECORD

# PASADENA CITY COLLEGE

Date Issued:    17-APR-2019                                          Official Transcript

Record of:  Athena N Reddersen

Student ID: 00806924              SSN: XXX-XX-8629           Date of Birth: 09-APR-XXXX

| IGETC | CSU | C-ID | SUBJ | NO | COURSE TITLE | AH | GR | EH | GH | GP | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INSTITUTION CREDIT** | | | | | | | | | | | |
| | | | | | **Fall 2006    28-AUG-2006 - 16-DEC-2006** | | | | | | |
| 3A | C1 | | ART | 1A | HISTORY OF WESTERN ART | 3.0 | D | 3.0 | 3.0 | 3.0 | |
| | | | COMM | 1 | SURVEY OF MASS COMM | 3.0 | A | 3.0 | 3.0 | 12.0 | |
| | | | JOURN | 2 | BEGINNING JOURNALISM | 3.0 | D | 3.0 | 3.0 | 3.0 | |
| 3B | C2 | | PHILO | 1 | INTRODUCTION TO PHILOSOP | 3.0 | C | 3.0 | 3.0 | 6.0 | |
| | | | | | Term Totals: | 12.0 | | 12.0 | 12.0 | 24.0 | 2.000 |
| | | | | | **Spring 2007    20-FEB-2007 - 16-JUN-2007** | | | | | | |
| 4H | D8 US-2 | | POLSC | 1 | INTRODUCTION TO AMERICAN | 3.0 | C | 3.0 | 3.0 | 6.0 | |
| 4I | D9 | | PSYCH | 25 | HUMAN SEXUALITY | 3.0 | C | 3.0 | 3.0 | 6.0 | |
| | C2 | | SPAN | 1 | ELEMENTARY SPANISH | 5.0 | C | 5.0 | 5.0 | 10.0 | |
| 1C | A1 | | SPEECH | 1 | FUNDAMENTALS OF SPEECH | 3.0 | B | 3.0 | 3.0 | 9.0 | |
| | | | | | Term Totals: | 14.0 | | 14.0 | 14.0 | 31.0 | 2.214 |
| | | | | | **Summer 2007    18-JUN-2007 - 25-AUG-2007** | | | | | | |
| | | | ENGL | 100 | READING AND WRITING | 4.0 | B | 4.0 | 4.0 | 12.0 | |
| | | | ENGL | 901 | WRITING CENTER LAB | 0.3 | CR | 0.3 | 0.0 | 0.0 | |
| | | | | | Term Totals: | 4.3 | | 4.3 | 4.0 | 12.0 | 3.000 |
| | | | | | **Fall 2007    27-AUG-2007 - 14-DEC-2007** | | | | | | |
| | | | ART | 38A | CERAMICS | 3.0 | C | 3.0 | 3.0 | 6.0 | |
| 5B 5C | B2 B3 | | BIOL | 2 | ANIMAL BIOLOGY | 4.0 | F | 0.0 | 4.0 | 0.0 | |
| 5A | B1 | | GEOG | 1 | PHYSICAL GEOGRAPHY | 3.0 | W | 0.0 | 0.0 | 0.0 | |
| 3B | C2 | | HUMAN | 4 | HUMANITIES THROUGH THE A | 3.0 | D | 0.0 | 0.0 | 0.0 | 05 E |
| 4J | D0 | | SOCIO | 1 | INTRODUCTORY SOCIOLOGY | 3.0 | W | 0.0 | 0.0 | 0.0 | |
| | | | | | Term Totals: | 16.0 | | 3.0 | 7.0 | 6.0 | 0.857 |
| | | Academic Probation | | | | | | | | | |
| | | | | | **Spring 2008    19-FEB-2008 - 13-JUN-2008** | | | | | | |
| | | | FASH | 1A | FASHION SURVEY | 3.0 | W | 0.0 | 0.0 | 0.0 | |
| 3B | C2 | | HUMAN | 4 | HUMANITIES THROUGH THE A | 3.0 | D | 0.0 | 0.0 | 0.0 | 05 E |
| | | | PHOTO | 21 | ELEMENTARY PHOTOGRA | 3.0 | A | 3.0 | 3.0 | 12.0 | |
| | | | | | Term Totals: | 9.0 | | 3.0 | 3.0 | 12.0 | 4.000 |
| | | Academic Probation | | | | | | | | | |

Page  1

This transcript processed and delivered by Credentials  TranscriptsNetwork

SUSAN BRICKER
DIRECTOR, ADMISSIONS AND RECORDS

A. REDDERSEN 000172

env: 1729 page: 2 of 3 copy: 2 of 2



OFFICIAL TRANSCRIPT OF ACADEMIC RECORD

# PASADENA CITY COLLEGE

Name: Athena N Reddersen     Student ID: 00806924     Date Issued: 17-APR-2019

CREDENTIALS SECURITY SEAL ( C ) IN THE CORNER SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED OR BREATHED ON

CONFIDENTIAL RECORD ISSUED IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974

| IGETC | CSU | C-ID | SUBJ | NO | COURSE TITLE | AH | GR | EH | GH | GP | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fall 2008** | **02-SEP-2008 - 20-DEC-2008** | | | | | | | | | | |
| | | | ART | 110D | SKILLS FOR SUCCESS IN PH | 1.0 | NC | 0.0 | 0.0 | 0.0 | |
| 3B | C2 | | HUMAN | 4 | HUMANITIES THROUGH THE A | 3.0 | C | 3.0 | 3.0 | 6.0 | |
| | | | MATH | 402 | PREALGEBRA | 4.0 | D | 4.0 | 4.0 | 4.0 | |
| | | | PHOTO | 30 | INTRODUCTION TO ELE | 3.0 | C | 3.0 | 3.0 | 6.0 | |
| | | | | | Term Totals: | 11.0 | | 10.0 | 10.0 | 16.0 | 1.600 |
| **Spring 2009** | **23-FEB-2009 - 20-JUN-2009** | | | | | | | | | | |
| | | | MATH | 402 | PREALGEBRA | 4.0 | D | 0.0 | 4.0 | 4.0 | 06 A |
| | | | PHOTO | 23A | COLOR PHOTOGRAPHY | 3.0 | A | 3.0 | 3.0 | 12.0 | |
| 4I | D9 E | | PSYCH | 1 | INTRODUCTORY PSYCHOLOGY | 3.0 | C | 3.0 | 3.0 | 6.0 | |
| | | | | | Term Totals: | 10.0 | | 6.0 | 10.0 | 22.0 | 2.200 |
| **Fall 2009** | **31-AUG-2009 - 19-DEC-2009** | | | | | | | | | | |
| | | | PHOTO | 100 | HISTORY OF PHOTOGRAPHY | 3.0 | B | 3.0 | 3.0 | 9.0 | |
| | | | | | Term Totals: | 3.0 | | 3.0 | 3.0 | 9.0 | 3.000 |

------- TRANSCRIPT TOTALS -------

| | AH | EH | GH | GP | GPA |
|---|---|---|---|---|---|
| Pasadena City College Cumulative total | 79.3 | 55.3 | 63.0 | 132.0 | 2.095 |
| PCC Courses Number 1 - 399 totals: | 71.0 | 51.0 | 55.0 | 124.0 | 2.255 |
| PCC Courses Number 1 - 99 totals: | 63.0 | 44.0 | 48.0 | 103.0 | 2.146 |

------- END OF TRANSCRIPT -------

SUSAN BRICKER
DIRECTOR, ADMISSIONS AND RECORDS

This transcript processed and delivered by Credentials' TranscriptsNetwork

A. REDDERSEN 000173 

env: 1729 page: 3 of 3 copy: 2 of 2 — A SECURITY STATEMENT APPEARS WHEN PHOTOCOPIED — A BLACK AND WHITE DOCUMENT IS NOT OFFICIAL

Exhibit X

# University of California, Irvine

## Division of Continuing Education



This is to certify that

*Athena Nicole Reddersen*

has successfully completed the requirements for the
American Bar Association approved

*Paralegal*
*Certificate Program*

consisting of 30 quarter units (300 hours) of instruction

Gary W. Matkin, Dean of Continuing Education
December 2020

Printed from UCI.edu - Digital Credential

A. REDDERSEN 000172

# OFFICIAL TRANSCRIPT OF RECORD
# UNIVERSITY OF CALIFORNIA, IRVINE
# DIVISION OF CONTINUING EDUCATION

| Addressee | Student |
|---|---|
| Athena Reddersen | Athena N Reddersen<br>3943 Irvine Blvd, Ste. 20<br>Irvine, CA 92602<br>DOB: 04/09/1988  ID: 001045309  SSN: xxx-xx-8629 |

| Course Number | Course Title | Date Began | Date Ended | Qtr Units | Grade |
|---|---|---|---|---|---|
| Candidate, Certificate in Paralegal | | | 4/24/2019 | | |
| Awarded, Certificate in Paralegal | | | 12/15/2020 | | |
| **Courses Offered for Professional Credit** | | | | | |
| SOCECOL X415.97 | Online: Ethics for the Paralegal | 8/5/2019 | 9/15/2019 | 2.00 | A |
| SOC SCI X473.2 | Legal Research | 9/25/2019 | 11/27/2019 | 3.00 | A- |
| MGMT X409.66 | Online: Contracts | 9/23/2019 | 12/1/2019 | 3.00 | A |
| MGMT X409 | Corporate Law | 9/23/2019 | 12/2/2019 | 3.00 | A |
| SOCECOL X415.41 | Fundamentals of Paralegal Profession | 9/26/2019 | 12/5/2019 | 3.00 | A |
| LAW X401.3 | Legal Career Skills | 2/4/2020 | 2/25/2020 | 1.00 | A |
| SOC SCI X471.66 | Online: Civil Litigation I | 1/6/2020 | 3/15/2020 | 3.00 | A |
| SOCECOL X412.66 | Online: Torts | 1/6/2020 | 3/15/2020 | 3.00 | A |
| SOC SCI X472.66 | Online: Civil Litigation II | 3/30/2020 | 6/7/2020 | 3.00 | A |
| LAW X401 | Technology Practicum for the Paralegal | 9/22/2020 | 11/24/2020 | 3.00 | A- |
| ENGLISH X417.1 | Legal Writing | 9/21/2020 | 11/29/2020 | 3.00 | A |
| | | **GPA for Professional Courses:** | | 3.94 | |
| | | **GPA for all courses:** | | 3.94 | |

***** END OF TRANSCRIPT *****

Printed 12/21/2020

Page 1 of 1

## Grading System

| | | | | |
|---|---|---|---|---|
| A+, A, A- | - | Excellent | P | - | Pass |
| B+, B, B- | - | Good | NP | - | Not Pass |
| C+, C, C- | - | Average | S | - | Satisfactory |
| D+, D, D- | - | Barely Passing | U | - | Unsatisfactory |
| F | - | Failure | NR | - | No Report |
| I | - | Incomplete | W | - | Withdrew |
| N | - | No Credit | IP | - | In Progress |
| CE | - | Continuing Education | R | - | Repeat |

*(one unit equals ten contact hours of participation)*

This academic transcript is printed on special security paper with a blue background, the Seal of the University of California, and the signature of the Continuing Education Registrar. This is an official sealed instrument; a raised seal is not required.

Beatrice Han, Registrar and Director of Student Services



A. REDDERSEN 000175

Exhibit Y

*ROB BONTA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 210-6276
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

August 1, 2022

PIU: 644359

Ms. Athena N. Reddersen

Newport Beach, CA 92660-3075

Dear Ms. Athena Reddersen:

Thank you for your correspondence of July 16, 2022 to the Office of the Attorney General.

If you have information about a crime, please file a report with the police or sheriff's department in the area where the crime occurred. Local law enforcement authorities are responsible for investigating violations of law within their jurisdictions. After investigating the crime, the local law enforcement authorities may forward the case to the county district attorney's office for prosecution, if appropriate. The decision whether or not to file criminal charges will then be made by the locally elected district attorney.

In addition, we recommend that you consult with an attorney to determine any civil remedies that may be available to you. An attorney would directly represent your interests and is the one whose advice would be most helpful to you.

We hope this information will be helpful to you. Thank you again for contacting our office.

Sincerely,

Casey Hallinan
Public Inquiry Unit

For    **ROB BONTA**
Attorney General

A. REDDERSEN 000176

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
P.O. BOX 944255
SACRAMENTO, CA  94244-2550





US POSTAGE
$ 000.57⁰
ZIP 95814
02 4W
0003652 AUG 04 2022

9266-03075 C040

A. REDDERSEN 000177