Brittney O'Brien

1416 Kayann Place

South El Monte, CA 91733

Defendant, In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
02-02-2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ts____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Athena Reddersen,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The United States of America, et al.,<br><br>　　　　Defendants. | Case No. 8:23-cv-02198-DOC (ADSx)<br><br>ANSWER OF DEFENDANT BRITTNEY O'BRIEN TO COMPLAINT OF PLAINTIFF ATHENA REDDERSON<br><br>**[DEMAND FOR JURY TRIAL]** |

- 1 -

ANSWER TO COMPLAINT

Defendant Brittney O'Brien ("Defendant") hereby answers the complaint of Plaintiff Athena Reddersen ("Plaintiff") as follows:

1. Pursuant to Section 431.030(d) of the Code of Civil Procedure, the answering Defendant answers the complaint by denying generally and specifically each and every allegation of each cause of action contained therein and the whole thereof, and particularly denying that Plaintiff were damaged in the sums alleged in the complaint, or in any other sums, or at all, by Defendant.

FURTHER, AS SEPARATE AFFIRMATIVE DEFENSES to each and every claim for relief of the complaint, this Answering Defendant is informed and believes, and on such information and belief alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Statutes of Limitation)**

2. As a First and Separate Affirmative Defense to each claim for relief of the complaint, this Answering Defendant alleges that the complaint and each claim for relief contained therein are barred by the applicable statutes of limitation.

**SECOND AFFIRMATIVE DEFENSE**

**(Laches)**

3. As a Second and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that the complaint and each claim for relief contained therein are barred by the equitable doctrine of laches in that the Plaintiff has unreasonably delayed in filing this complaint and said unreasonable delay has resulted and will continue to result in this Answering Defendant suffering damages due to prejudice.

///

///

## THIRD AFFIRMATIVE DEFENSE

### (Failure to mitigate damages)

4. As a Third and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that Plaintiff's have failed to mitigate their damages.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

5. As a Fourth and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that the complaint and each claim for relief contained therein are barred by the defense of waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Alleged false statements were statements of opinion only)

6. As a Fifth and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that any false statements alleged to have been made them in the complaint were statements of opinion only, and thus are not actionable.

## SIXTH AFFIRMATIVE DEFENSE

### (Unjust enrichment)

7. As a Sixth and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that the complaint and each and every claim for relief contained therein are barred by the defense of unjust enrichment in that Plaintiff would be unjustly enriched if they were to recover any relief requested in the complaint.

///

///

## SEVENTH AFFIRMATIVE DEFENSE

**(Lack of standing)**

8.  As a Seventh and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that the complaint and each and every claim for relief contained therein are barred by the defense of lack of standing in that Plaintiff lacks standing to file the complaint as they are not the real party in interest.

## EIGHTH AFFIRMATIVE DEFENSE

**(Unclean Hands)**

9.  As an Eighth and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that the complaint and each and every claim for relief contained therein are barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

**(Estoppel)**

10.  As a Ninth and Separate Affirmative Defense to the complaint and each claim for relief contained therein, this Answering Defendant alleges that the complaint and each and every claim for relief contained therein are barred by the doctrine of estoppel in that Plaintiff is estopped from raising any claim against this Answering Defendant.

## TENTH AFFIRMATIVE DEFENSE

**(Failure to State Cause of Action)**

11.  As a further, separate and affirmative defense to the complaint on file herein, and to each alleged cause of action contained therein, this Defendant alleges that if any damages were sustained by Plaintiff herein, the damages were not proximately caused by the acts or omissions of this Defendant, and Plaintiff are therefore not entitled to any relief prayed for from this Defendant.

WHEREFORE, Defendant prays that Plaintiff:

1. Take nothing by their complaint;

2. That said complaint be dismissed against this Answering Defendant with prejudice;

3. For the costs of suit incurred herein; and

4. For such other and further relief as the court may deem just and proper.

Dated: January 27, 2024            *Brittney O'Brien*
BRITTNEY O'BRIEN
Defendant

**DEMAND FOR JURY TRIAL**

Defendant Brittney O'Brien hereby demands a trial by jury on all issues triable by a jury in the above-entitled action.

Dated: January 27, 2024

*Brittney O'Brien*
BRITTNEY O'BRIEN
Defendant

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business/residence address is 843 S. Glendora Ave, West Covina, CA 91790

On January 27, 2024, I served the foregoing document(s) described as: **ANSWER OF DEFENDANT BRITTNEY O'BRIEN TO COMPLAINT OF PLAINTIFF ATHENA REDDERSEN, DEMAND FOR JURY TRIAL** to the following parties:

**ATHENA REDDERSEN**

**4301 JAMBOREE ROAD, UNIT 249**

**NEWPORT, CA 92660**

[X] (By U.S. Mail) I deposited such envelope in the mail at West Covina, California with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at West Covina, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: January 27, 2024

                                                 *Steven Lopez*
                                               STEVEN LOPEZ
                                               Declarant